# UNITED FIRESTOP TECHNOLOGIES INC

3244

**Employee**
Jeffery L Round, 3116 Willet Road, Pittsburgh, PA 15227

**SSN** ***-**-8527
**Pay Period:** 12/20/2021 - 12/26/2021
**Pay Date:** 12/26/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| FM | 35:00 | 41.55 | 1,454.25 | 51,522.31 |
| Travel | 40.00 | 1.75 | 70.00 | 2,182.00 |
| | 35:00 | | 1,524.25 | 53,704.31 |

| Taxes | Current | YTD Amount |
|---|---|---|
| PGH Local Tax | -45.73 | -1,611.14 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -127.00 | -4,366.00 |
| Social Security Employee | -94.51 | -3,329.67 |
| Medicare Employee | -22.10 | -778.71 |
| PA - Withholding | -46.79 | -1,648.72 |
| PA - Unemployment | -0.91 | -32.22 |
| | -337.04 | -11,766.46 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local 2 Union Dues | -98.00 | -3,450.56 |
| Local 2 PAC | -4.20 | -150.36 |
| Expenses | 100.00 | 3,882.51 |
| | -2.20 | 281.59 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Local 2 LMCT | 1.75 | 62.65 |
| Local 2 CIF | 1.05 | 37.59 |
| Local 2 Joint Appr Fund | 44.80 | 1,603.84 |
| Local 2 Welfare Fund | 394.10 | 13,867.78 |
| Local 2 Pension | 533.40 | 18,912.56 |

**Net Pay**   1,185.01   42,219.44

United Firestop Technologies Inc., 206 President Drive, Glenshaw, PA 15116

Powered by Intuit Payroll

## UNITED FIRESTOP TECHNOLOGIES INC

3237

**Employee**: Jeffery L Round, 3116 Willet Road, Pittsburgh, PA 15227
**SSN**: ***-**-8527
**Pay Period**: 12/13/2021 - 12/19/2021
**Pay Date**: 12/19/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| FM | 40:00 | 41.55 | 1,662.00 | 50,068.06 |
| Travel | 40:00 | 1.75 | 70.00 | 2,112.00 |
|  |  |  | 1,732.00 | 52,180.06 |

| Taxes | Current | YTD Amount |
|---|---|---|
| PGH Local Tax | -51.96 | -1,565.41 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -152.00 | -4,239.00 |
| Social Security Employee | -107.38 | -3,235.16 |
| Medicare Employee | -25.11 | -756.61 |
| PA - Withholding | -53.17 | -1,601.93 |
| PA - Unemployment | -1.04 | -31.31 |
|  | -390.66 | -11,429.42 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local 2 Union Dues | -112.00 | -3,352.56 |
| Local 2 PAC | -4.80 | -146.16 |
| Expenses | 150.00 | 3,782.51 |
|  | 33.20 | 283.79 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Local 2 LMCT | 2.00 | 60.90 |
| Local 2 CIF | 1.20 | 36.54 |
| Local 2 Joint Appr Fund | 51.20 | 1,559.04 |
| Local 2 Welfare Fund | 450.40 | 13,473.68 |
| Local 2 Pension | 609.60 | 18,379.16 |

**Net Pay**: 1,374.54   41,034.43

United Firestop Technologies Inc., 206 President Drive, Glenshaw, PA 15116

Powered by **Intuit Payroll**

# UNITED FIRESTOP TECHNOLOGIES INC

3230

**Employee**
Jeffery L Round, 3116 Willet Road, Pittsburgh, PA 15227

**SSN** ***-**-8527
**Pay Period:** 12/06/2021 - 12/12/2021
**Pay Date:** 12/13/2021

### Earnings and Hours

| | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| FM | 32:00 | 41.55 | 1,329.60 | 48,406.06 |
| Travel | 32:00 | 1.75 | 56.00 | 2,042.00 |
| | 32:00 | | 1,385.60 | 50,448.06 |

### Taxes

| | Current | YTD Amount |
|---|---|---|
| PGH Local Tax | -41.57 | -1,513.45 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -111.00 | -4,087.00 |
| Social Security Employee | -85.91 | -3,127.78 |
| Medicare Employee | -20.09 | -731.50 |
| PA - Withholding | -42.54 | -1,548.76 |
| PA - Unemployment | -0.83 | -30.27 |
| | -301.94 | -11,038.76 |

### Adjustments to Net Pay

| | Current | YTD Amount |
|---|---|---|
| Local 2 Union Dues | -89.60 | -3,240.56 |
| Local 2 PAC | -3.84 | -141.36 |
| Expenses | 0.00 | 3,632.51 |
| | -93.44 | 250.59 |

### Net Pay

990.22    39,659.89

### Non-taxable Company Items

| | Current | YTD Amount |
|---|---|---|
| Local 2 LMCT | 1.60 | 58.90 |
| Local 2 CIF | 0.96 | 35.34 |
| Local 2 Joint Appr Fund | 40.96 | 1,507.84 |
| Local 2 Welfare Fund | 360.32 | 13,023.28 |
| Local 2 Pension | 487.68 | 17,769.56 |

United Firestop Technologies Inc., 206 President Drive, Glenshaw, PA 15116

Powered by Intuit Payroll

**UNITED FIRESTOP TECHNOLOGIES INC**

Employee: Jeffery L Round, 3116 Willet Road, Pittsburgh, PA 15227
SSN: ***-**-8527
Pay Period: 11/29/2021 - 12/05/2021
Pay Date: 12/05/2021

3220

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| FM | 40:00 | 41.55 | 1,662.00 | 47,076.46 |
| Travel | 40.00 | 1.75 | 70.00 | 1,986.00 |
| | 40:00 | | 1,732.00 | 49,062.46 |

| Taxes | Current | YTD Amount |
|---|---|---|
| PGH Local Tax | -51.96 | -1,471.88 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -152.00 | -3,976.00 |
| Social Security Employee | -107.38 | -3,041.87 |
| Medicare Employee | -25.12 | -711.41 |
| PA - Withholding | -53.17 | -1,506.22 |
| PA - Unemployment | -1.04 | -29.44 |
| | -390.67 | -10,736.82 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local 2 Union Dues | -112.00 | -3,150.96 |
| Local 2 PAC | -4.80 | -137.52 |
| Expenses | 100.00 | 3,632.51 |
| | -16.80 | 344.03 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Local 2 LMCT | 2.00 | 57.30 |
| Local 2 CIF | 1.20 | 34.38 |
| Local 2 Joint Appr Fund | 51.20 | 1,466.88 |
| Local 2 Welfare Fund | 450.40 | 12,662.96 |
| Local 2 Pension | 609.60 | 17,281.88 |

Net Pay: 1,324.53   38,669.67

3211

## UNITED FIRESTOP TECHNOLOGIES INC

**Employee**
Jeffery L Round, 3116 Willet Road, Pittsburgh, PA 15227

**SSN** ***-**-8527
**Pay Period:** 11/22/2021 - 11/28/2021
**Pay Date:** 11/28/2021

### Earnings and Hours

| | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| FM | 23.00 | 41.55 | 955.65 | 45,414.46 |
| Travel | 24.00 | 1.75 | 42.00 | 1,916.00 |
| | 23.00 | | 997.65 | 47,330.46 |

### Taxes

| | Current | YTD Amount |
|---|---|---|
| PGH Local Tax | -29.93 | -1,419.92 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -64.00 | -3,824.00 |
| Social Security Employee | -61.86 | -2,934.49 |
| Medicare Employee | -14.46 | -686.29 |
| PA - Withholding | -30.63 | -1,453.05 |
| PA - Unemployment | -0.60 | -28.40 |
| | -201.48 | -10,346.15 |

### Adjustments to Net Pay

| | Current | YTD Amount |
|---|---|---|
| Local 2 Union Dues | -64.40 | -3,038.96 |
| Local 2 PAC | -2.76 | -132.72 |
| Expenses | 100.00 | 3,532.51 |
| | 32.84 | 360.83 |

### Non-taxable Company Items

| | Current | YTD Amount |
|---|---|---|
| Local 2 LMCT | 1.15 | 55.30 |
| Local 2 CIF | 0.69 | 33.18 |
| Local 2 Joint Appr Fund | 29.44 | 1,415.68 |
| Local 2 Welfare Fund | 258.98 | 12,212.56 |
| Local 2 Pension | 350.52 | 16,672.28 |

**Net Pay**  829.01   37,345.14

United Firestop Technologies Inc., 206 President Drive, Glenshaw, PA 15116

Powered by Intuit Payroll

# UNITED FIRESTOP TECHNOLOGIES INC

3203

| Employee | | | | SSN |
|---|---|---|---|---|
| Jeffery L Round, 3116 Willet Road, Pittsburgh, PA 15227 | | | | ***-**-8527 |

Pay Period: 11/15/2021 - 11/21/2021
Pay Date: 11/21/2021

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| FM | 24.00 | 41.55 | 997.20 | 44,458.81 |
| Travel | 24.00 | 1.75 | 42.00 | 1,874.00 |
| | 24.00 | | 1,039.20 | 46,332.81 |

| Taxes | Current | YTD Amount |
|---|---|---|
| PGH Local Tax | -31.18 | -1,389.99 |
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -69.00 | -3,760.00 |
| Social Security Employee | -64.43 | -2,872.63 |
| Medicare Employee | -15.07 | -671.83 |
| PA - Withholding | -31.90 | -1,422.42 |
| PA - Unemployment | -0.62 | -27.80 |
| | -212.20 | -10,144.67 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local 2 Union Dues | -67.20 | -2,974.56 |
| Local 2 PAC | -2.88 | -129.96 |
| Expenses | 100.00 | 3,432.51 |
| | 29.92 | 327.99 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Local 2 LMCT | 1.20 | 54.15 |
| Local 2 CIF | 0.72 | 32.49 |
| Local 2 Joint Appr Fund | 30.72 | 1,386.24 |
| Local 2 Welfare Fund | 270.24 | 11,953.58 |
| Local 2 Pension | 365.76 | 16,321.76 |

| Net Pay | 856.92 | 36,516.13 |
|---|---|---|

# UNITED FIRESTOP TECHNOLOGIES INC

**Employee**: Jeffery L Round, 3116 Willet Road, Pittsburgh, PA 15227

**SSN**: ***-**-8527
**Pay Period**: 11/01/2021 - 11/07/2021
**Pay Date**: 11/07/2021

**3186**

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| FM | 32:00 | 41.55 | 1,329.60 | 41,799.61 |
| Travel | 32.00 | 1.75 | 56.00 | 1,762.00 |
|  | 32:00 |  | 1,385.60 | 43,561.61 |

| Taxes | Current | YTD Amount |
|---|---|---|
| PGH Local Tax | -41.57 | -1,306.85 |
| Medicare Employee Addl Tax | 0.00 |  |
| Federal Withholding | -111.00 | -3,539.00 |
| Social Security Employee | -85.91 | -2,700.82 |
| Medicare Employee | -20.09 | -631.64 |
| PA - Withholding | -42.54 | -1,337.35 |
| PA - Unemployment | -0.83 | -26.14 |
|  | -301.94 | -9,541.80 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Local 2 Union Dues | -89.60 | -2,795.36 |
| Local 2 PAC | -3.84 | -122.28 |
| Expenses | 100.00 | 3,232.51 |
|  | 6.56 | 314.87 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| Local 2 LMCT | 1.60 | 50.95 |
| Local 2 CIF | 0.96 | 30.57 |
| Local 2 Joint Appr Fund | 40.96 | 1,304.32 |
| Local 2 Welfare Fund | 360.32 | 11,232.94 |
| Local 2 Pension | 487.68 | 15,346.40 |

**Net Pay**: 1,090.22    34,334.68

United Firestop Technologies Inc., 206 President Drive, Glenshaw, PA 15116

Powered by Intuit Payroll

**UNITED FIRESTOP TECHNOLOGIES INC**

Employee: Jeffery L Round, 3116 Willet Road, Pittsburgh, PA 15227
SSN: ***-**-8527
Pay Period: 07/26/2021 - 08/01/2021
Pay Date: 08/01/2021

3080

### Earnings and Hours

| | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| FM | 36:00 | 41.55 | 1,495.80 | 20,983.06 |
| Travel | 40.00 | 1.75 | 70.00 | 866.00 |
| | 36:00 | | 1,565.80 | 21,849.06 |

### Taxes

| | Current | YTD Amount |
|---|---|---|
| PGH Local Tax | -46.97 | -655.46 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -132.00 | -1,713.00 |
| Social Security Employee | -97.08 | -1,354.64 |
| Medicare Employee | -22.70 | -316.81 |
| PA - Withholding | -48.07 | -670.79 |
| PA - Unemployment | -0.94 | -13.11 |
| | -347.76 | -4,723.81 |

### Adjustments to Net Pay

| | Current | YTD Amount |
|---|---|---|
| Local 2 Union Dues | -100.80 | -1,392.56 |
| Local 2 PAC | -4.32 | -62.16 |
| Expenses | 100.00 | 1,814.51 |
| | -5.12 | 359.79 |

### Non-taxable Company Items

| | Current | YTD Amount |
|---|---|---|
| Local 2 LMCT | 1.80 | 25.90 |
| Local 2 CIF | 1.08 | 15.54 |
| Local 2 Joint Appr Fund | 46.08 | 663.04 |
| Local 2 Welfare Fund | 405.36 | 5,591.68 |
| Local 2 Pension | 548.64 | 7,711.16 |

**Net Pay** 1,212.92   17,485.04

United Firestop Technologies Inc., 206 President Drive, Glenshaw, PA 15116

Powered by Intuit Payroll