# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jeffery L. Round                                                   CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-20102 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Legacy Mortgage Asset Trust 2021-GS3 and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ **Brian C. Nicholas**
                                            Brian Nicholas
                                            21 Jan 2022, 10:22:56, EST

                                            Brian C. Nicholas, Esq. (317240) ☑
                                            Maria D. Miksich, Esq. (319383) ☐
                                            Denise Carlon, Esq. (317226)    ☐
                                            Rebecca A. Solarz, Esq. (315936) ☐
                                            KML Law Group, P.C.
                                            BNY Mellon Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106
                                            412-430-3594
                                            bkgroup@kmllawgroup.com

Document ID: afba670809e4cf2f3741941c6c8a55f4282b91b244ef6a227f0223b999619f7c