**Form 154A**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

5

In re:                                                                                     Bankruptcy Case No.: 22−20102−CMB

Chapter: 13

**Jeffery L. Round**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **March 29, 2022**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

| | |
|---|---|
| **Address of the Bankruptcy Court**<br>U.S. Bankruptcy Court<br>c/o CLAIMS CLERK<br>5414 U.S Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Michael R. Rhodes<br>*Clerk, U.S. Bankruptcy Court* |

Dated: 1/19/22

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffery L. Round  
    Debtor

Case No. 22-20102-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2022 | Form ID: 154A | Total Noticed: 11 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffery L. Round, 3116 Willett Road, Pittsburgh, PA 15227-3042 |
| 15447002 | + | Duqesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 15447006 | | SPS Servicing, Inc., Attn Bankruptcy Dept., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15446997 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 19 2022 23:36:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15446998 | + | Email/PDF: bncnotices@becket-lee.com | Jan 19 2022 23:39:16 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15447000 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 19 2022 23:39:21 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15447001 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 19 2022 23:36:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15447003 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 19 2022 23:37:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20829, Fountain Valley, CA 92728-0829 |
| 15447004 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 19 2022 23:37:00 | Hyundai Motor Finance Co., Customer Service, PO box 20809, Fountain Valley, CA 92728-0809 |
| 15447005 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 19 2022 23:37:00 | PA American Water, P.O. Box 578, Alton, IL 62002-0578 |
| 15446999 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2022 23:36:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022                Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Jeffery L. Round keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 3