UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          Bankr. Case No. 22-20102-CMB

Jeffery L. Round                                                                                    Chapter 13
      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By  /s/  Mandy Youngblood_____

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                          Bankr. Case No. 22-20102-CMB

Jeffery L. Round                                                                      Chapter 13
      Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on January 28, 2022 :

BRYAN P KEENAN                          Ronda Winnecour
993 Greentree Road                      600 Grant Street
Suite 200                               Suite 3250 USX Tower
Pittsburgh, PA 15220                    Pittsburgh, PA 15219


                                        By  /s/ Mandy Youngblood
                                        _____
                                            Mandy Youngblood

xxxxx17369 / 1052026