# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-20102-CMB** |
| **Jeffery L. Round** | ) | **Chapter 13** |
|    Debtor | ) | **Document No. ____** |
| **Jeffery L. Round** | ) | |
|    Movant | ) | |
|       v. | ) | |
| **Service Finance Co. LLC** | ) | |
|    Respondent | ) | |

## CERTIFICATE OF SERVICE FOR DEBTORS
## COVER SHEET, AMENDED SCHEDULE D,
## CHAPTER 13 MOC NOTICE, NOTICE REGARDING MAILING MATRIX AND TEXT ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 24, 2022.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
**a. Service Finance Co. LLC** 555 S Federal Highway # 200 Boca Raton, FL 33432


Date: <u>February 24, 2022</u>     **/s/ Bryan P. Keenan**
                                                Bryan P. Keenan, PA ID No. 89053
                                                Bryan P. Keenan & Associates P.C.
                                                Attorney for Debtor
                                                993 Greentree Road, Suite 101
                                                Pittsburgh, PA 15220
                                                (412) 922-5116
                                                keenan662@gmail.com