*DnK*

11/3/2024



CN

# CONSUMER NOTICE
## THIS IS NOT A CONTRACT

In an effort to enable consumers of real estate services to make informed decisions about the business relationships they may have with real estate brokers and sales persons (licensees), the Real Estate Licensing and Registration Act (RELRA) requires that consumers be provided with this Notice at the initial interview.

- Licensees may enter into the following agency relationships with consumers:

### Seller Agent

As a seller agent the licensee and the licensee's company works exclusively for the seller/landlord and must act in the seller's/landlord's best interest, including making a continuous and good faith effort to find a buyer/tenant except while the property is subject to an existing agreement. All confidential information relayed by the seller/landlord must be kept confidential except that a licensee must reveal known material defects about the property. A subagent has the same duties and obligations as the seller agent.

### Buyer Agent

As a buyer agent, the licensee and the licensee's company work exclusively for the buyer/tenant even if paid by the seller/landlord. The buyer agent must act in the buyer/tenant's best interest, including making a continuous and good faith effort to find a property for the buyer/tenant, except while the buyer is subject to an existing contract, and must keep all confidential information, other than known material defects about the property, confidential.

### Dual Agent

As a dual agent, the licensee works for *both* the seller/landlord and the buyer/tenant. A dual agent may not take any action that is adverse or detrimental to either party but must disclose known material defects about the property. A licensee must have the written consent of both parties before acting as a dual agent.

### Designated Agent

As a designated agent, the broker of the selected real estate company designates certain licensees within the company to act exclusively as the seller/landlord agent and other licensees within the company to act exclusively as the buyer/tenant agent in the transaction. Because the broker supervises all of the licensees, the broker automatically serves as a dual agent. Each of the designated licensees are required to act in the applicable capacity explained previously. Additionally, the broker has the duty to take reasonable steps to assure that confidential information is not disclosed within the company.

- In addition, a licensee may serve as a Transaction Licensee.

A transaction licensee provides real estate services without having any agency relationship with a consumer. Although a transaction licensee has no duty of loyalty or confidentiality, a transaction licensee is prohibited from disclosing that:

- The seller will accept a price less than the asking/listing price,

- The buyer will pay a price greater than the price submitted in the written offer, and

- The seller or buyer will agree to financing terms other than those offered.

Like licensees in agency relationships, transaction licensees must disclose known material defects about the property.

12/08

North Hills Regional, 9401 McKnight Rd Pittsburgh PA 15237                    Phone: 4123678000              Fax: 4123675853        Jeffrey Round 3116
Don Kolessar                        Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201  www.lwolf.com

- Regardless of the business relationship selected, all licensees owe consumers the duty to:

  - Exercise reasonable professional skill and care which meets the practice standards required by the RELRA.

  - Deal honestly and in good faith.

  - Present, as soon as practicable, all written offers, counteroffers, notices and communications to and from the parties. This duty may be waived *by* the seller *where* the seller's property is under contract and the waiver is in writing.

  - Comply with the Real Estate Seller Disclosure Law.

  - Account for escrow and deposit funds.

  - Disclose, as soon as practicable, all conflicts of interest and financial interests.

  - Provide assistance with document preparation and advise the consumer regarding compliance with laws pertaining to real estate transactions.

  - Advise the consumer to seek expert advice on matters about the transaction that are beyond the licensee's expertise.

  - Keep the consumer informed about the transaction and the tasks to be completed.

  - Disclose financial interest in a service, such as financial, title transfer and preparation services, insurance, construction, repair or inspection, at the time service is recommended or the first time the licensee learns that the service will be used.

- The following contractual terms are *negotiable* between the licensee and the consumer and must be addressed in an agreement/disclosure statement:

  - The duration of the licensee's employment, listing agreement or contract.

  - The licensee's fees or commission.

  - The scope of the licensee's activities or practices.

  - The broker's cooperation with and sharing of fees with other brokers.

- All sales agreements must contain the property's zoning classification except where the property is zoned solely or primarily to permit single family dwellings.

- The Real Estate Recovery Fund exists to reimburse any person who has obtained a final civil judgment against a Pennsylvania real estate licensee owing to fraud, misrepresentation, or deceit in a real estate transaction and who has been unable to collect the judgment after exhausting all legal and equitable remedies. For complete details about the Fund, call (717) 783-3658.

**Before you disclose any financial information to a licensee, be advised that unless you select a business relationship by signing a written agreement, the licensee is NOT representing you. A business relationship is NOT presumed.**

### ACKNOWLEDGMENT

I acknowledge that I have received this disclosure.

Date: _10-20-24_  **Jeffrey L. Round** (Consumer's Printed Name)   (Consumer's Signature)

Date: _10-20-24_  **Deidra Nicole Round** (Consumer's Printed Name)   (Consumer's Signature)

I certify that I have provided this document to the above consumer during the initial interview.

Date: _10-20-24_

**Donald N. Kolessar, Jr.** (Licensee's Printed Name)   (Licensee's Signature)   **AB044742A (Don)** (License #)

*Adopted by the State Real Estate Commission at 49 Pa. Code §35.336.*

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com   Jeffrey Round

## STATEMENT OF ESTIMATED CLOSING COSTS FOR SELLERS

**BERKSHIRE HATHAWAY**
HomeServices

The Preferred Realty

Seller(s) **Jeffrey L. Round, Deidra Nicole Round**
Estimated Closing Date _____
Property Address **3116 Willett Rd, Pittsburgh, PA XXXXX 15227**
Prepared by **Donald N. Kolessar, Jr.**
Office **BHHS THE PREFERRED REALTY**

Selling Price $ **180,000.00**

### ESTIMATED CLOSING EXPENSES

| | | |
|---|---|---|
| State and Local Realty Transfer Taxes ( __1.000__ %) | $ | 1,800.00 |
| Settlement Fee | $ | 275.00 |
| New Deed and Notary Fees | $ | 275.00 |
| Broker's Compensation - Percentage ($__395.00__ + __3.500__ %) | $ | 6,695.00 |
| Broker's Compensation - Fixed ($_____ + $_____) | $ | |
| Municipal inspection | $ | Paid by Buyer |
| Seller Assist | $ | |
| Municipal Lien Letters (includes water/sewage letter) | $ | 100.00 |
| Home Warranty | $ | 649.00 |
| Tax Certifications | $ | 50.00 |
| Pre-Appraisal | $ | |
| Pre-Inspection | $ | |
| Dye Test | $ | Paid by Buyer |
| 10K Program | $ | |
| Delinquent Child Support | $ | |
| Resale Certificate Fee | $ | |
| Other __2.5% of PP available for BA Com or Concessions__ | $ | 4,500.00 |

| | | |
|---|---|---|
| TOTAL EXPENSES | $ | 14,344.00 |
| LESS CURRENT MORTGAGE BALANCE | $ | TBD at Closing |
| LESS OTHER MORTGAGE BALANCE(S) | $ | TBD at Closing |
| BALANCE AFTER EXPENSES | $ | 165,656.00 |

### ESTIMATED CLOSING CREDITS

| | | |
|---|---|---|
| Proration of Property Taxes (Fiscal/Calendar) | $ | prorated at closing |
| Proration of Current Water and Sewer Bills | $ | prorated at closing |
| Other | $ | |
| TOTAL CREDITS | $ | |
| Estimated Net Proceeds to Seller(s) | $ | 165,656.00 |

I/We hereby agree that I/we have read and received a copy of these estimated closing costs prior to the signing of an Agreement of Sale for the property noted above. I/We further understand that the above costs are estimated and based on the best information available at this date and that they are subject to change, particularly in the case of the escrow charges such as taxes, water and sewage, rent and insurance.

This estimate does not include unpaid taxes, liens, mortgages and any other claims against the property unknown to the agent.
**THE DATE OF CLOSING MAY VARY THESE ESTIMATES.**

WITNESS _Donald G. Klessar Jr._
_us to both_

DATED: _10-20-24_

SELLER **Jeffrey L. Round**

SELLER **Deidra Nicole Round**

9/28/23 tvh

North Hills Regional, 9401 McKnight Rd Pittsburgh PA 15237
Don Kolessar

Phone: 4123678000      Fax:  4123675853

Produced with zipForm® by zipLogix  18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com

Jeffrey Round 3116



**LISTING CONTRACT (SELLER AGENCY CONTRACT)**
**EXCLUSIVE RIGHT TO SELL REAL ESTATE**                      **XLS**

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

| | |
|---|---|
| 1  Broker (Company) **Berkshire Hathaway HomeServices The** | Licensee(s) (Name) **Donald N. Kolessar, Jr.** |
| 2  **Preferred Realty** | |
| 3  Company License # **RB043060C** | State License # **AB044742A (Don)** |
| 4  Company Address **9401 McKnight Rd, Pittsburgh, PA** | Direct Phone(s) **(412)367-8000** |
| 5  **15237** | Cell Phone(s) **(412)496-7719** |
| 6  Company Phone **(412)367-8000** | Licensee Fax **(412)496-7719** |
| 7  Company Fax **(412)367-5853** | Email **donkolessar@TPRSold.com** |

8  **SELLER Jeffrey L. Round, Deidra Nicole Round**

9

10  **SELLER'S MAILING ADDRESS 3116 Willett Rd, Pittsburgh, PA  15227**          *DNR*

11                                                                        *DR*

12  **PHONE (412)389-9231                (412)927-7832    CELL (412)389-9231**     *SL*

13  **E-MAIL jbrick412@gmail.com,** *DNRound1986@gmail.com* **FAX**

14  Seller understands that this Listing Contract is between Broker and Seller.
15  Does Seller have a listing contract for this Property with another broker?    ☐ Yes  ☒ No
16  If yes, explain:

17  **1.    PROPERTY                                    LISTED PRICE $ 180,000.00**
18  Address **3116 Willett Rd**                          **Pittsburgh        PA  ZIP 15237**
19  Municipality (city, borough, township) **Brentwood Borough**
20  County **Allegheny**                       School District **Brentwood Borough**
21  Zoning **Residential - Single Family**
22  Present Use **Residence**
23  Currently Occupied By **Seller**
24  Identification (For example, Tax ID #; Parcel #; Lot, Block; Deed Book, Page, Recording Date) **0137-H-00152-0000-00**
25
26  **2.    STARTING & ENDING DATES OF LISTING CONTRACT (ALSO CALLED "TERM") (8-24)**
27        (A) **No law or Association of REALTORS® has set or recommended the term of this contract.** Broker/Licensee and Seller have
28        discussed and agreed upon the term of this Contract.
29        (B) **Starting Date:** This Contract starts when signed by Broker and Seller, unless otherwise stated here: *October 20, 2024*
30        (C) **Ending Date:** This Contract ends at 11:59 PM on *October 19 2025*. By law, the term of a listing contract may not exceed
31        one year. If the Ending Date written in this Contract creates a term that is longer than one year, the Ending Date is automatically
32        364 days from the Starting Date of this Contract.
33  **3.    DUAL AGENCY**
34        Seller agrees that Broker and Broker's Licensees may also represent the buyer(s) of the Property. A Broker is a Dual Agent when a
35        Broker represents both a buyer and Seller in the same transaction. A Licensee is a Dual Agent when a Licensee represents a buyer and
36        Seller in the same transaction. All of Broker's licensees are also Dual Agents UNLESS there are separate Designated Agents for a buyer
37        and Seller. If the same Licensee is designated for a buyer and Seller, the Licensee is a Dual Agent. Seller understands that Broker is a
38        Dual Agent when a buyer who is represented by Broker is viewing properties listed by Broker.
39  **4.    DESIGNATED AGENCY**
40        Designated Agency is applicable, unless checked below. Broker designates the Licensee(s) above to exclusively represent the interests
41        of Seller. If Licensee is also the buyer's agent, then Licensee is a DUAL AGENT.
42        ☐ **Designated Agency is not applicable.**
43  **5.    BROKER'S FEE (8-24)**
44        (A) **No law or Association of REALTORS® has set or recommended the Broker's Fee.** Broker and Seller have negotiated the fee
45        that Seller will pay Broker.
46        (B) Broker's Fee is   **6.000** % of the Purchase Price OR $ **4,000.00**          , whichever is greater, AND $ **395.00**          ,
47        paid to Broker by Seller as follows:
48              1.  $ **-0-**                of Broker's Fee is earned and due **(non-refundable)** at signing of this Listing Contract, pay-
49        able to Broker.

50  **Broker/Licensee Initials:** *DNK*              **XLS Page 1 of 7**              **Seller Initials:** *DR  JK*

COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2024
rev. 8/24; rel. 8/24

51     **2.**   **Seller will pay the balance of Broker's Fee if:**

52        a.   **Property, or any ownership interest in it, is sold or exchanged during the term of this Contract by Broker, Broker's**
53          **Licensee(s), Seller, or by any other person or broker, at the listed price or any price acceptable to Seller, OR**

54        b.   A ready, willing, and able buyer is found, during the term of this Contract, by Broker or by anyone, including Seller. A
55          willing buyer is one who will pay the listed price or more for the Property, or one who has submitted an offer accepted by
56          Seller, OR

57        c.   Negotiations that are pending at the Ending Date of this Contract result in a sale, OR

58        d.   A Seller signs an agreement of sale then refuses to sell the Property, or if a Seller is unable to sell the Property because of
59          failing to do all the things required of the Seller in the agreement of sale (Seller default), OR

60        e.   The Property or any part of it is taken by any government for public use (Eminent Domain), in which case Seller will pay
61          from any money paid by the government, OR

62        f.   A sale occurs after the Ending Date of this Contract IF:
63          (1) The sale occurs within _____ days of the Ending Date, AND
64          (2) The buyer was shown or negotiated to buy the Property during the term of this Contract, AND
65          (3) The Property is not listed under an "exclusive right to sell contract" with another broker at the time of the sale.

66     (C) If a sale occurs, the balance of Broker's Fee will be paid upon delivery of the deed or other evidence of transfer of title or interest.
67        If the Property is transferred by an installment contract, balance of Broker's Fee will be paid upon the execution of the installment
68        contract.

69     (D) **Broker's Fee if Settlement Does Not Occur**
70        If an agreement of sale is signed but settlement does not occur, and deposit monies are released to Seller, Seller will pay Broker
71             -0-      of/from deposit monies.

72 **6.**   **COOPERATING COMPENSATION OFFERED TO BROKERS WORKING WITH BUYERS (8-24)**

73     (A) Licensee(s) has explained Seller's options and company policies regarding compensation and cooperation with other brokers. In
74        a transaction where a buyer is working with a real estate broker, Seller authorizes and instructs Broker to offer cooperating com-
75        pensation in the amount of **2.500** % or $ _____ of/from the Purchase Price (0, if not specified), paid from the Broker's Fee,
76        to a cooperating broker who is the procuring cause of a successful transaction. Broker will document the agreed-upon amount by
77        using a form such as the Cooperating Broker Compensation Agreement (PAR Form CBC) or a similar agreement. Even though a
78        cooperating broker's fee, or a portion of it, may be paid by the listing broker, the cooperating broker will continue to represent the
79        interests of the buyer.

80     (B) The rules of the Multiple Listing Service (MLS) do not permit Broker to advertise cooperating compensation through the MLS or
81        in any other system or platform that utilizes data supplied by the MLS. Seller authorizes Broker to advertise or otherwise inform
82        potential buyers and their brokers about any offer of cooperating compensation via any other method of marketing or communication
83        authorized by this Contract, unless otherwise stated here: _____
84        _____

85 **7.**   **SELLER CONCESSIONS (8-24)**
86     Sellers sometimes offer to make financial concessions towards paying buyer's costs at settlement. Seller concessions could be used to pay
87     any costs incurred by buyer, as acceptable to a mortgage lender, if any, including brokerage fees charged by a broker working with the
88     buyer and/or other ordinary and customary closing costs. Any seller concession must be negotiated and included in an agreement of sale
89     to be binding on the buyer and seller. Even though a cooperating broker's fee, or a portion of it, may be paid by a seller, the cooperating
90     broker will continue to represent the interests of the buyer.

91     (A) **In addition to cooperating compensation offered by Broker, if any,** Seller is willing to consider negotiations in which buyers
92        may request seller concessions, unless otherwise stated here: _____
93        _____

94     (B) Seller authorizes Broker to advertise or otherwise inform potential buyers and their brokers about Seller's willingness to negoti-
95        ate seller concessions, including a maximum amount of up to _0_ % or $ _0_ of/from the Purchase Price (amount is fully
96        negotiable in an agreement of sale, if not specified), via the MLS any other method of marketing or communication authorized by
97        this Contract, unless otherwise stated here: _____ *DWK*
98        _____ *JR*
       *DR*

99 **8.**   **DUTIES OF BROKER AND SELLER**
100     (A) Broker is acting as a Seller Agent, as described in the Consumer Notice, to market the Property and to negotiate with potential
101        buyers. Broker will use reasonable efforts to find a buyer for the Property.
102     (B) Seller will cooperate with Broker and assist in the sale of the Property as asked by Broker.
103     (C) All showings, negotiations and discussions about the sale of the Property, written or oral, will be communicated by Broker on Sell-
104        er's behalf. All written or oral inquiries that Seller receives or learns about regarding the Property, regardless of the source, will be
105        referred to Broker.
106     (D) If the Property, or any part of it, is rented, Seller will give any leases to Broker before signing this Contract. If any leases are oral,
107        Seller will provide a written summary of the terms, including amount of rent, ending date, and Tenant's responsibilities.
108     (E) Seller will not enter into, renew, or modify any leases, or enter into any option to sell, during the term of this Contract without Bro-
109        ker's written consent.

110   Broker/Licensee Initials: _*DWK*_          **XLS Page 2 of 7**          Seller Initials: _*JR*_ , _*DR*_

111 **9. BROKER'S SERVICE TO BUYER**
112    Broker may provide services to a buyer for which Broker may accept a fee. Such services may include, but are not limited to: document
113    preparation; ordering certifications required for closing; financial services; title transfer and preparation services; ordering insurance,
114    construction, repair, or inspection services.

115 **10. BROKER NOT RESPONSIBLE FOR DAMAGES**
116    Seller agrees that Broker and Broker's Licensee(s) are not responsible for any damage to the Property or any loss or theft of personal
117    goods from the Property unless such damage, loss or theft is solely and directly caused by Broker or Broker's Licensee(s).

118 **11. DEPOSIT MONEY**
119    (A) Broker, if named in an agreement of sale, will keep all deposit monies paid by or for the buyer in an escrow account until the sale
120        is completed, the agreement of sale is terminated, or the terms of a prior written agreement between the buyer and Seller have been
121        met. This escrow account will be held as required by real estate licensing laws and regulations. Buyer and Seller may name a non-
122        licensee as the escrow holder, in which case the escrow holder will be bound by the terms of the escrow agreement, if any, not by
123        the Real Estate Licensing and Registration Act. Seller agrees that the person keeping the deposit monies may wait to deposit any
124        uncashed check that is received as deposit money until Seller has accepted an offer.
125    (B) Regardless of the apparent entitlement to deposit monies, Pennsylvania law does not allow a Broker holding deposit monies to
126        determine who is entitled to the deposit monies when settlement does not occur. Broker can only release the deposit monies:
127        1. If an agreement of sale is terminated prior to settlement and there is no dispute over entitlement to the deposit monies. A written
128           agreement signed by both parties is evidence that there is no dispute regarding deposit monies.
129        2. If, after Broker has received deposit monies, Broker receives a written agreement that is signed by Buyer and Seller, directing
130           Broker how to distribute some or all of the deposit monies.
131        3. According to the terms of a final order of court.
132        4. According to the terms of a prior written agreement between Buyer and Seller that directs the Broker how to distribute the
133           deposit monies if there is a dispute between the parties that is not resolved.
134    (C) Seller agrees that if Seller names Broker or Broker's licensee(s) in litigation regarding deposit monies, the attorneys' fees and costs
135        of the Broker(s) and licensee(s) will be paid by Seller.

136 **12. OTHER PROPERTIES**
137    Seller agrees that Broker may list other properties for sale and that Broker may show and sell other properties to prospective buyers.

138 **13. ADDITIONAL OFFERS**
139    Unless prohibited by Seller, if Broker is asked by a buyer or another licensee(s) about the existence of other offers on the Property,
140    Broker will reveal the existence of other offers and whether they were obtained by the Licensee(s) identified in this Contract, by another
141    Licensee(s) working with Broker, or by a licensee(s) working for a different Broker. ONCE SELLER ENTERS INTO AN AGREE-
142    MENT OF SALE, BROKER IS NOT REQUIRED TO PRESENT OTHER OFFERS.

143 **14. SELLER WILL REVEAL DEFECTS & ENVIRONMENTAL HAZARDS**
144    (A) Seller (including Sellers exempt from the Real Estate Seller Disclosure Law) will disclose all known material defects and/or envi-
145        ronmental hazards on a separate disclosure statement. A material defect is a problem or condition that:
146        1. is a possible danger to those living on the Property, or
147        2. has a significant, adverse effect on the value of the Property.
148        The fact that a structural element, system or subsystem is near, at or beyond the end of the normal useful life of such a structural
149        element, system or subsystem is not by itself a material defect.
150    (B) Seller will update the Seller's Property Disclosure Statement as necessary throughout the term of this Listing Contract.
151    (C) If Seller fails to disclose known material defects and/or environmental hazards:
152        1. Seller will not hold Broker or Licensee(s) responsible in any way;
153        2. Seller will protect Broker and Licensee(s) from any claims, lawsuits, and actions that result;
154        3. Seller will pay all of Broker's and Licensee's costs that result. This includes attorneys' fees and court-ordered payments or
155           settlements (money Broker or Licensee pays to end a lawsuit or claim).

156 **15. IF PROPERTY WAS BUILT BEFORE 1978**
157    The Residential Lead-Based Paint Hazard Reduction Act says that any seller of property built before 1978 must give the buyer an EPA
158    pamphlet titled *Protect Your Family From Lead in Your Home*. The seller also must tell the buyer and the broker what the seller knows
159    about lead-based paint and lead-based paint hazards that are in or on the property being sold. Seller must tell the buyer how the seller
160    knows that lead-based paint and lead-based paint hazards are on the property, where the lead-based paint and lead-based paint hazards
161    are, the condition of the painted surfaces, and any other information seller knows about lead-based paint and lead-based paint hazards
162    on the property. Any seller of a pre-1978 structure must also give the buyer any records and reports that the seller has or can get about
163    lead-based paint or lead-based paint hazards in or around the property being sold, the common areas, or other dwellings in multi-family
164    housing. According to the Act, a seller must give a buyer 10 days (unless seller and the buyer agree to a different period of time) from
165    the time an agreement of sale is signed to have a "risk assessment" or inspection for possible lead-based paint hazards done on the
166    property. Buyers may choose not to have the risk assessment or inspection for lead paint hazards done. If the buyer chooses not to have
167    the assessment or inspection, the buyer must inform the seller in writing of the choice. The Act does not require the seller to inspect for
168    lead paint hazards or to correct lead paint hazards on the property. The Act does not apply to housing built in 1978 or later.

169 Broker/Licensee Initials: _DWK_    XLS Page 3 of 7    Seller Initials: _JR DR_

**16. HOME WARRANTIES**

At or before settlement, Seller may purchase a home warranty for the Property from a third-party vendor. Seller understands that a home warranty for the Property does not alter any disclosure requirements of Seller, may not cover or warrant any pre-existing defects of the Property, and will not alter, waive or extend any provisions of the Agreement regarding inspections or certifications that Buyer may elect or waive as part of the Agreement. Seller understands that Broker who recommends a home warranty may have a business relationship with the home warranty company that provides a financial benefit to Broker.

**17. RECORDINGS ON THE PROPERTY**

(A) Seller understands that potential buyers viewing the Property may engage in photography, videography or videotelephony on the Property. Seller should remove any items of a personal nature Seller does not wish to have photographed or recorded, such as family photos, important or confidential paperwork (including any information relating to the listing or communications with Broker or Licensee) and all other personally identifiable information such as birthdates, social security numbers, telephone numbers, etc. Seller is responsible for providing this same notification to any occupants of the Property.

(B) Any person who intentionally intercepts oral communications by electronic or other means without the consent of all parties is guilty of a felony under Pennsylvania law. Seller understands that recording or transmitting audio may result in violation of state or federal wiretapping laws. **Seller hereby releases all BROKERS, their LICENSEES, EMPLOYEES and any OFFICER or PARTNER of any one of them, and any PERSON, FIRM or CORPORATION who may be liable by or through them, from any claims, lawsuits and actions which may arise from any audio or video recordings occurring in or around the Property.**

**18. RECOVERY FUND**

Pennsylvania has a Real Estate Recovery Fund (the Fund) to repay any person who has received a final court ruling (civil judgment) against a Pennsylvania real estate licensee because of fraud, misrepresentation, or deceit in a real estate transaction. The Fund repays persons who have not been able to collect the judgment after trying all lawful ways to do so. For complete details about the Fund, call (717) 783-3658.

**19. NOTICE TO PERSONS OFFERING TO SELL OR RENT HOUSING IN PENNSYLVANIA**

Federal and state laws make it illegal for a seller, a broker, or anyone to use RACE, COLOR, RELIGION or RELIGIOUS CREED, SEX, DISABILITY (physical or mental), FAMILIAL STATUS (children under 18 years of age), AGE (40 or older), NATIONAL ORIGIN, USE OR HANDLING/TRAINING OF SUPPORT OR GUIDE ANIMALS, or the FACT OF RELATIONSHIP OR ASSOCIATION TO AN INDIVIDUAL KNOWN TO HAVE A DISABILITY as reasons for refusing to sell, show, or rent properties, loan money, or set deposit amounts, or as reasons for any decision relating to the sale of property.

**20. TRANSFER OF THIS CONTRACT**

(A) Seller agrees that Broker may transfer this Contract to another broker when:
    1. Broker stops doing business, OR
    2. Broker forms a new real estate business, OR
    3. Broker joins his business with another.

(B) Broker will notify Seller immediately in writing if Broker transfers this Contract to another broker. Seller will follow all requirements of this Contract with the new broker.

**21. NO OTHER CONTRACTS**

Seller will not enter into another listing contract for the property(s) identified in Paragraph 1 with another broker that begins before the Ending Date of this Contract.

**22. CONFLICT OF INTEREST**

It is a conflict of interest when Broker or Licensee has a financial or personal interest in the property and/or cannot put Seller's interests before any other. If Broker, or any of Broker's licensees, has a conflict of interest, Broker will notify Seller in a timely manner.

**23. ENTIRE CONTRACT**

This Contract is the entire agreement between Broker and Seller. Any verbal or written agreements that were made before are not a part of this Contract.

**24. CHANGES TO THIS CONTRACT**

All changes to this Contract must be in writing and signed by Broker and Seller.

**25. MARKETING OF PROPERTY (8-24)**

(A) Multiple Listing Services (MLS)
    1. An MLS is a subscription service used by real estate licensees to market properties to other subscribers. MLS marketing is governed by specific rules and policies, which may differ depending on the MLS used.
    2. Sellers have the right to decide whether their Property will be marketed in an MLS, but should understand that opting out of MLS marketing may restrict Broker's ability to market the Property in other ways.
        ☐ Broker **will not** use an MLS to advertise the Property. Seller understands and agrees that the listing may be reported to an MLS, but will not be marketed for sale via an MLS. Further, Seller understands and agrees that any and all public marketing of the Property through the use of other means such as yard signs, social media, and public-facing websites may be prohibited. Seller may be required to sign an additional waiver or release to comply with MLS rules and policies.
        ☒ Broker will use an MLS to advertise the Property to other real estate brokers and salespersons. Listing broker shall communicate to the MLS all of Seller's elections made below. Seller agrees that Broker and Licensee, and the MLS are not responsible for mistakes in an MLS or advertising of the Property.

Broker/Licensee Initials: _DNK_    XLS Page 4 of 7    Seller Initials: _JR, JR_

230   (B) Virtual Office Website (VOW) and Internet Data Exchange (IDX)
231      1.  Some brokers may use a VOW or IDX, which are governed by specific rules and policies. Sellers have the right to control some
232          elements of how their property is displayed on a VOW and/or IDX website.
233      2.  Seller elects to have the following features disabled or discontinued for VOW and IDX websites (check all that apply):
234          [X] Comments or reviews about Seller's listings, or a hyperlink to such comments or reviews, in immediate conjunction with
235              Seller's listing.
236          [X] Automated estimates of the market value of Seller's listing, or a hyperlink to such estimates, in immediate conjunction with
237              the Seller's listing.
238   (C) Other Advertising and Marketing
239      1.  Where permitted, Broker, at Broker's option, may use: for sale sign, lock box, key in office, open houses and advertising in all
240          media, including print and electronic, photographs and videos, unless otherwise stated here: _____
241      _____
242      _____
243      2.  [ ] Seller does not want the listed Property to be displayed on the Internet.
244          [ ] Seller does not want the address of the listed Property to be displayed on the Internet.
245      3.  Seller understands and acknowledges that, if the listed Property is not displayed on the Internet, consumers who conduct searches
246          for listings on the Internet will not see information about the listed Property in response to their search.
247      4.  Seller understands and acknowledges that, if an open house is scheduled, the property address may be published on the Internet
248          in connection to the open house.
249   (D) Other _____
250      _____
251      _____
252      _____

253  **26. PUBLICATION OF SALE PRICE**
254      Seller is aware that the Multiple Listing Service (MLS), newspapers, Web Sites, and other media may publish the final sale price of the
255      Property.
256  **27. COPYRIGHT**
257      In consideration of Broker's efforts to market Seller's Property as stated in this Contract, Seller grants Broker a non-exclusive, world-
258      wide license (the "License") to use any potentially copyrightable materials (the "Materials") which are related to the Property and pro-
259      vided by Seller to Broker or Broker's representative(s). The Materials may include, but are not limited to: photographs, images, video
260      recordings, virtual tours, drawings, written descriptions, remarks, and pricing information related to Seller's Property. This License
261      permits Broker to submit the Materials to one or more multiple listing services, to include the Materials in compilations of property list-
262      ings, and to otherwise distribute, publicly display, reproduce, publish and produce derivative works from the Materials for any purpose
263      that does not conflict with the express terms of this Contract. The License may not be revoked by Seller and shall survive the ending of
264      this Contract. Seller also grants Broker the right to sublicense to others any of these rights granted to Broker by Seller. Seller represents
265      and warrants to Broker that the License granted to Broker for the Materials does not violate or infringe upon the rights, including any
266      copyrights, of any person or entity. Seller understands that the terms of the License do not grant Seller any legal right to any works that
267      Broker may produce using the Materials.
268  **28. FIXTURES AND PERSONAL PROPERTY**
269      (A) It is possible for certain items of personal property to be so integrated into the Property that they become fixtures and will be regarded
270          as part of the Property and therefore included in a sale. **Seller is encouraged to be specific when negotiating what items will be**
271          **included or excluded in a sale.**
272      (B) INCLUDED in this sale are all existing items permanently installed in the Property, free of liens, and other items including plumb-
273          ing; heating; radiator covers; hardwired security systems; thermostats; lighting fixtures (including chandeliers and ceiling fans);
274          pool and spa equipment (including covers and cleaning equipment); electric animal fencing systems (excluding collars); garage door
275          openers and transmitters; unpotted shrubbery, plantings and trees; any remaining heating and cooking fuels stored on the Property
276          at the time of settlement; smoke detectors and carbon monoxide detectors; sump pumps; storage sheds; fences; mailboxes; wall to
277          wall carpeting; existing window screens, storm windows and screen/storm doors; window covering hardware, shades and blinds;
278          awnings; built-in air conditioners; built-in appliances; the range/oven, unless otherwise stated; and, if owned, solar panels, windmills,    DNK
279          water treatment systems, propane tanks and satellite dishes. Also included: _2 REFRIGERATORS, DISHWASHER,_    DR
280          _GAS STOVE, WHITE CABINET in PANTRY AND CABINETRY in KITCHEN, LIVING ROOM SHELVES_    SR
281      (C) The following items are not owned by Seller and may be subject to a lease or other financing agreement (e.g., solar panels, windmills,
282          water treatment systems, propane tanks, and satellite dishes): _____
283          _____
284      (D) EXCLUDED fixtures and items: _CORNER HUTCH IN DINING ROOM, CURTAINS_    DNK
285          _____    DR
                                                                                                      SR

286   Broker/Licensee Initials: _DNK_          **XLS Page 5 of 7**          Seller Initials: _SR, DR_

**287  29. TAXES & SPECIAL ASSESSMENTS**
288   (A) At settlement, Seller will pay one-half of the total Real Estate Transfer Taxes, unless otherwise stated here: _____
289   _____
290   (B) Yearly Property Taxes $ *5,746.20* _____ Property Assessed Value $ _____
291   (C) Is the property preferentially assessed (including a tax abatement)? ☐ Yes ☑ No
292   If applicable, how many years remain? _____
293   (D) COA/HOA Name **N/A** _____ COA/HOA Phone **(NA)**-
294   COA/HOA special assessments $ **N/A** _____ Buyer's required capital contribution $ **N/A**
295   Please explain: _____
296   (E) COA/HOA Fees $ **N/A** _____ ☐ Quarterly ☐ Monthly ☐ Yearly
297   (F) Municipality Assessments $ _____
**298  30. FOREIGN INVESTMENT IN REAL PROPERTY TAX ACT OF 1980 (FIRPTA)**
299   The disposition of a U.S. real property interest by a foreign person (the transferor) is subject to the Foreign Investment in Real Property
300   Tax Act of 1980 (FIRPTA) income tax withholding. FIRPTA authorized the United States to tax foreign persons on dispositions of
301   U.S. real property interests. This includes but is not limited to a sale or exchange, liquidation, redemption, gift, transfers, etc. Persons
302   purchasing U.S. real property interests (transferee) from foreign persons, certain purchasers' agents, and settlement officers are required
303   to withhold up to 15 percent of the amount realized (special rules for foreign corporations). Withholding is intended to ensure U.S. tax-
304   ation of gains realized on disposition of such interests. The transferee/buyer, as the withholding agent, may request that you complete a
305   FIRPTA Affidavit regarding your status as a foreign person as defined by the Act. Seller agrees to comply, if applicable.
**306  31. TITLE & POSSESSION**
307   (A) Seller will give possession of Property to a buyer at settlement, or on _____ **Date of Settlement**
308   (B) At settlement, Seller will give full rights of ownership (fee simple) to a buyer except as follows:
309   ☐ Oil ☐ Gas ☐ Mineral ☐ Other
310   If checked, please explain: _____
311   _____
312   (C) Seller has:
313   ☑ First mortgage with *Select Portfolio Servicing Inc* Amount of balance $ *83,217.48*
314   Address _____
315   Phone _____ Acct. # _____
316   ☐ Second mortgage with _____ Amount of balance $ _____
317   Address _____
318   Phone _____ Acct. # _____
319   ☐ Home Equity line of credit with _____ Amount of balance $ _____
320   Address _____
321   Phone _____ Acct. # _____
322   ☐ Seller authorizes Broker to receive mortgage payoff and/or equity loan payoff information from lender(s).
323   (D) Seller has:
324   ☐ Judgments $ _____ ☐ Past Due Municipal Assessment $ _____
325   ☐ Past Due Property Taxes $ _____ ☐ Past Due COA/HOA Fees $ **N/A** _____
326   ☐ Federal Tax Liens $ _____ ☐ Past Due COA/HOA Assessments $ **N/A**
327   ☐ State Tax Liens (including sales, use and hotel occupancy taxes) $ _____
328   ☐ Other: _____ $ _____
329   (E) If Seller, at any time on or since January 1, 1998, has been obligated to pay support under an order on record in any Pennsylvania
330   county, list the county and the Domestic Relations Number or Docket Number: *N/A*
**331  32. BUYER FINANCING**
332   Seller will accept the following arrangements for buyer to pay for the Property:   ✱
333   ☑ Cash ☐ Conventional mortgage ☐ FHA mortgage ☐ VA mortgage
**334  33. SPECIAL INSTRUCTIONS**
335   The Office of the Attorney General has not pre-approved any special conditions or additional terms added by any parties. Any special
336   conditions or additional terms in this Contract must comply with the Pennsylvania Plain Language Consumer Contract Act.

✱ *This Property is being sold in its present condition, as is. No repairs are permitted prior to closing. Any financing obtained cannot require repairs prior to closing.*

337  Broker/Licensee Initials: *DNK*          XLS Page 6 of 7          Seller Initials: *SR DR*

Jeffrey Round

338 **34. SPECIAL CLAUSES**
339     **(A) The following are part of this Listing Contract if checked:**
340       ☐ Property Description Addendum to Listing Contract (PAR Form XLS-A)
341       ☐ Single Agency Addendum (PAR Form SA)
342       ☐ Consumer Services Fee Addendum (PAR Form CSF)
343       ☐ Vacant Land Addendum to Listing Contract (PAR Form VLA)
344       ☐ Short Sale Addendum (PAR Form SSL)
345       ☐ _____
346       ☐ _____

347     **(B) Additional Terms: 1) This Listing Contract is subject to and contingent upon approval by the U.S. Bankruptcy**
348       **Court.**
349       **2) The Start Date of the Listing Contract will commence within 5 days of receipt of written notice of the Approval**
350       **by the U.S. Bankruptcy Court.**
351       **3) This Property is being sold and conveyed in its present condition, "As Is and Where Is".**

352
353     (C) Notwithstanding the terms of Paragraph 3, Licensee shall not act as a dual agent for
354     Seller and a buyer. However, any other licensee of Broker, or a licensee of any other
    broker, may represent a buyer.

355
356
357
358                                   _DNR_ _JR_ _DR_    11/3/2024
359
360   _JR_ Seller has read the Consumer Notice as adopted by the State Real Estate Commission at 49 Pa. Code §35.336.

361   _JR_ Seller has received the Seller's Property Disclosure form and agrees to complete and return to Listing Broker in a
362             timely manner, if required.

363   _DR_ Seller has received the Lead-Based Hazards Disclosure form and agrees to complete and return to Listing Broker in
364             a timely manner, if required.
  11/3/2024

365 Seller has read the entire Contract before signing. Seller must sign this Contract.

366 Seller gives permission for Broker to send information about this transaction to the fax number(s) and/or e-mail address(es) listed.

367 Return of this Agreement, and any addenda and amendments, including return by electronic transmission, bearing the signatures
368 of all parties, constitutes acceptance by the parties.

369 This Contract may be executed in one or more counterparts, each of which shall be deemed to be an original and which counterparts
370 together shall constitute one and the same Agreement of the Parties.

371 **NOTICE BEFORE SIGNING: IF SELLER HAS LEGAL QUESTIONS, SELLER IS ADVISED TO CONSULT A PENN-**
372 **SYLVANIA REAL ESTATE ATTORNEY.**

373 **SELLER** _____ **DATE** _10- 20-24_
      Jeffrey L. Round
374 **SELLER** _____ **DATE** _10 -20-24_
      Deidra Nicole Round
375 **SELLER** _____ **DATE** _____

376 **BROKER (Company Name)** Berkshire Hathaway HomeServices The Preferred Realty
377 **ACCEPTED ON BEHALF OF BROKER BY** _Donald N. Kolessar Jr._ **DATE** _October 20, 2024_
      Donald N. Kolessar, Jr.

**XLS Page 7 of 7**

## DUAL AGENCY CONSENT AND CONFIRMATION AGREEMENT

(To be signed by Buyer before signing offer and to be signed by Seller before reviewing offer.)

1. Seller and Buyer acknowledge and agree that the purchase agreement they are considering involves representation by a Disclosed Dual Agent. The following information details the roles of the parties regarding Dual Agency.

   Note: When the term "DUAL AGENT" is used, it will always mean the Broker (Berkshire Hathaway HomeServices The Preferred Realty) who, by contracts previously entered into, represents the interests of both the Buyer and the Seller in this agreement. The term DUAL AGENT will apply to a Salesperson/Associate Broker only if the same Salesperson/Associate Broker has been previously identified as the Designated Agent to represent the interests of both parties (Buyer and Seller) named in this agreement. If the Designated Agent of the Buyer and the Designated Agent of the Seller are not the same Salesperson/Associate Broker, then the term Dual Agent will apply only to the Broker, and the Buyer and Seller will each continue to be fully represented by their previously identified Designated Agents.

2. Description of Dual Agents' Role: Seller and Buyer acknowledge that, prior to the creation of the Dual Agency, the Agent represented either the Buyer or the Seller. The Agent acted as the Agent of Seller or acted as the Agent of Buyer. In those separate roles, the Agent may have obtained information which, if disclosed, could harm the bargaining position of the party providing such information to the Agent. Seller and Buyer agree that the Dual Agent shall not be liable to either party for refusing or failing to disclose information which would harm one party's bargaining position and would benefit the other party. However, this Agreement shall not prevent the Agent from disclosing to Buyer any known material defects in the property or any other matter that must be disclosed by state law and/or regulation. The Agent agrees not to disclose (a) to Buyer information about what price Seller will accept other than the Listing Price, or (b) to Seller information about what price Buyer will pay other than any written offered price. In the event that Seller and Buyer do not enter into an agreement for the purchase of Seller's property by Buyer (the "Purchase Agreement"), or in the event that the Purchase Agreement between Seller and Buyer does not close, the Dual Agency role and this Agreement will be terminated.

3. Description of Seller's and Buyer's Role: Seller and Buyer acknowledge that they are aware of the implication of the Agent's Dual Agency role including the limitation on the Agent's ability to represent Seller or Buyer fully and exclusively. Seller and Buyer have determined that the benefits of entering into a transaction between them with the Agent acting as agent for both of them outweigh such implications. Seller and Buyer understand that they may each seek independent legal counsel in order to assist with any matter relating to a Purchase Agreement or to the transaction which is the subject matter of a Purchase Agreement. Seller and Buyer agree that Agent shall not be liable for any claims, damages, losses, expenses or liabilities arising from the Agent's role as a dual Agent. Seller and Buyer shall have a duty to protect their own interests and should read this Agreement and any Purchase Agreement carefully to ensure that they accurately set forth the terms which they want included in said agreements.

4. Both Seller and Buyer agree that all "comparable" property information available through the Multiple Listing Service or otherwise, including listed and sold properties, may be disclosed to both Seller and Buyer. Agent will not advise or counsel Seller or Buyer, interpret data, or make recommendations based on this information.

5. Both Parties understand and agree that Broker shall have the right to collect a compensation or fee from the Seller or from the Buyer or both.

6. Both parties are advised to seek competent legal and tax advice with regard to this transaction, and with regard to all documents executed in connection with this transaction including this Dual Agency Consent Agreement.

7. Seller and Buyer recognize and agree that this document does not replace those documents signed earlier, i.e. the Buyer Agency Contract signed by the Buyer on ___10-20-24___, and the Exclusive Right to Sell Listing Agreement signed by the Seller on __10-20-24__. However, in any areas where this document contradicts or conflicts with those documents, this Dual Agency Consent Agreement shall supersede. This agreement hereby becomes a part of the attached Purchase Agreement entered into between the parties whose signatures appear below.

**I HAVE READ AND UNDERSTAND THE ABOVE AGREEMENT.**

Buyer: _____   DATE _____

Buyer: _____   DATE _____

Seller: _____   DATE 10-20-24
     Jeffrey L. Round

Seller: _____   DATE 10-20-24
     Deidra Nicole Round

BERKSHIRE HATHAWAY
HomeServices
The Preferred Realty

North Hills Regional, 9401 McKnight Rd Pittsburgh PA 15237
Phone: 4123678000          Fax: 4123675853          Don Kolessar

8/8/18

Jeffrey Round 3116

**SELLER'S PROPERTY DISCLOSURE STATEMENT**                                          **SPD**

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

1  **PROPERTY** 3116 Willett Rd, Pittsburgh, PA  15237
2  **SELLER** Jeffrey L. Round, Deidra Nicole Round

3                    **INFORMATION REGARDING THE REAL ESTATE SELLER DISCLOSURE LAW**

4  The Real Estate Seller Disclosure Law (68 P.S. §7301, et seq.) requires that before an agreement of sale is signed, the seller in a residential
5  real estate transfer must disclose all known **material defects** about the property being sold that are not readily observable. A **material defect**
6  is a problem with a residential real property or any portion of it that would have a significant adverse impact on the value of the property or
7  that involves an unreasonable risk to people on the property. The fact that a structural element, system or subsystem is at or beyond the end
8  of its normal useful life is not by itself a material defect.

9  This property disclosure statement ("Statement") includes disclosures beyond the basic requirements of the Law and is designed to assist
10 Seller in complying with disclosure requirements and to assist Buyer in evaluating the property being considered. Sellers who wish to see
11 or use the basic disclosure form can find the form on the website of the Pennsylvania State Real Estate Commission. Neither this Statement
12 nor the basic disclosure form limits Seller's obligation to disclose a material defect.

13 This Statement discloses Seller's knowledge of the condition of the Property as of the date signed by Seller and **is not a substitute for any**
14 **inspections or warranties** that Buyer may wish to obtain. **This Statement is not a warranty of any kind by Seller or a warranty or rep-**
15 **resentation by any listing real estate broker, any selling real estate broker, or their licensees.** Buyer is encouraged to address concerns
16 about the condition of the Property that may not be included in this Statement.

17 **The Law provides exceptions (listed below) where a property disclosure statement does not have to be completed. All other sellers**
18 **are obligated to complete a property disclosure statement, even if they do not occupy or have never occupied the Property.**

19    1. Transfers by a fiduciary during the administration of a decedent estate, guardianship, conservatorship or trust.
20    2. Transfers as a result of a court order.
21    3. Transfers to a mortgage lender that results from a buyer's default and subsequent foreclosure sales that result from default.
22    4. Transfers from a co-owner to one or more other co-owners.
23    5. Transfers made to a spouse or direct descendant.
24    6. Transfers between spouses as a result of divorce, legal separation or property settlement.
25    7. Transfers by a corporation, partnership or other association to its shareholders, partners or other equity owners as part of a plan of
26       liquidation.
27    8. Transfers of a property to be demolished or converted to non-residential use.
28    9. Transfers of unimproved real property.
29   10. Transfers of new construction that has never been occupied and:
30       a. The buyer has received a one-year warranty covering the construction;
31       b. The building has been inspected for compliance with the applicable building code or, if none, a nationally recognized model
32          building code; and
33       c. A certificate of occupancy or a certificate of code compliance has been issued for the dwelling.

34                                  **COMMON LAW DUTY TO DISCLOSE**
35 Although the provisions of the Real Estate Seller Disclosure Law exclude some transfers from the requirement of completing a disclo-
36 sure statement, the Law does not excuse the seller's common law duty to disclose any known material defect(s) of the Property in order
37 to avoid fraud, misrepresentation or deceit in the transaction. **This duty continues until the date of settlement.**

38                          **EXECUTOR, ADMINISTRATOR, TRUSTEE SIGNATURE BLOCK**
39 According to the provisions of the Real Estate Seller Disclosure Law, the undersigned executor, administrator or trustee is not required
40 to fill out a Seller's Property Disclosure Statement. **The executor, administrator or trustee, must, however, disclose any known**
41 **material defect(s) of the Property.**
42                                                                            DATE _____

43  Seller's Initials _JK_ _DR_ Date 10-20-24      SPD Page 1 of 11      Buyer's Initials ____/____ Date _____



Pennsylvania
Association of
Realtors®

North Hills Regional, 9401 McKnight Rd Pittsburgh PA 15237        Phone: 4123678000        Fax: 4123675853      COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2021
Don Kolessar                                                                                                            rev. 3/21; rel. 7/21
                                              Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201  www.lwolf.com        Jeffrey Round 3116

44 Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the
45 Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

## 1. SELLER'S EXPERTISE

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| A | (A) Does Seller possess expertise in contracting, engineering, architecture, environmental assessment or other areas related to the construction and conditions of the Property and its improvements? | ✓ | | | |
| B | (B) Is Seller the landlord for the Property? | ✓ | | | |
| C | (C) Is Seller a real estate licensee? | | ✓ | | |

Explain any "yes" answers in Section 1: _____

## 2. OWNERSHIP/OCCUPANCY

(A) Occupancy

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| A1 | 1. When was the Property most recently occupied? *Currently* | | | | |
| A2 | 2. By how many people? 5 | | | | |
| A3 | 3. Was Seller the most recent occupant? | | | | |
| A4 | 4. If "no," when did Seller most recently occupy the Property? ____ | | | | |
| B1 | (B) Role of Individual Completing This Disclosure. Is the individual completing this form: 1. The owner | ✓ | | | |
| B2 | 2. The executor or administrator | | ✓ | | |
| B3 | 3. The trustee | | | ✓ | |
| B4 | 4. An individual holding power of attorney | | | ✓ | |
| C | (C) When was the Property acquired? 11/02/2011 | | | | |

(D) List any animals that have lived in the residence(s) or other structures during your ownership:
a variety of dogs, cats, & small animals,

Explain Section 2 (if needed): _____

## 3. CONDOMINIUMS/PLANNED COMMUNITIES/HOMEOWNERS ASSOCIATIONS

(A) Disclosures for condominiums and cooperatives are limited to Seller's particular unit(s). Disclosures regarding common areas or facilities are not required by the Real Estate Seller Disclosure Law.

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| B1 | (B) Type. Is the Property part of a(n): 1. Condominium | | | | |
| B2 | 2. Homeowners association or planned community | | | | |
| B3 | 3. Cooperative | | | | |
| B4 | 4. Other type of association or community | | ✓ | | |
| C | (C) If "yes," how much are the fees? $_____ , paid ( ) Monthly( ) Quarterly( ) Yearly | | | | |
| D | (D) If "yes," are there any community services or systems that the association or community is responsible for supporting or maintaining? Explain: | | | | |
| E1 | (E) If "yes," provide the following information: 1. Community Name | | | | |
| E2 | 2. Contact | | | | |
| E3 | 3. Mailing Address | | | | |
| E4 | 4. Telephone Number | | | | |
| F | (F) How much is the capital contribution/initiation fee(s)? $ | | | | |

*Notice to Buyer: A buyer of a resale unit in a condominium, cooperative, or planned community must receive a copy of the declaration (other than the plats and plans), the by-laws, the rules or regulations, and a certificate of resale issued by the association, condominium, cooperative, or planned community. Buyers may be responsible for capital contributions, initiation fees or similar one-time fees in addition to regular maintenance fees. The buyer will have the option of canceling the agreement with the return of all deposit monies until the certificate has been provided to the buyer and for five days thereafter or until conveyance, whichever occurs first.*

## 4. ROOFS AND ATTIC

(A) Installation

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| A1 | 1. When was or were the roof or roofs installed? 2021 | | | | |
| A2 | 2. Do you have documentation (invoice, work order, warranty, etc.)? | ✓ | | | |
| B1 | (B) Repair 1. Was the roof or roofs or any portion of it or them replaced or repaired during your ownership? | | ✓ | | |
| B2 | 2. If it or they were replaced or repaired, were any existing roofing materials removed? | | | | |
| C1 | (C) Issues 1. Has the roof or roofs ever leaked during your ownership? | | ✓ | | |
| C2 | 2. Have there been any other leaks or moisture problems in the attic? NO ATTIC | | | | |
| C3 | 3. Are you aware of any past or present problems with the roof(s), attic, gutters, flashing or downspouts? | | ✓ | | |

Seller's Initials _JR_ _DR_ Date 10-20-24    SPD Page 2 of 11    Buyer's Initials ___/___    Date _____

| 104 105 | Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered. |
|---|---|

106  Explain any "yes" answers in Section 4. Include the location and extent of any problem(s) and any repair or remediation efforts,
107  the name of the person or company who did the repairs and the date they were done: _____
108  _____

**5.  BASEMENTS AND CRAWL SPACES**

|  |  | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| (A) Sump Pump | | | | | |
| 1. Does the Property have a sump pit? If "yes," how many? _____ | A1 | ✓ | | | |
| 2. Does the Property have a sump pump? If "yes," how many? _____ | A2 | ✓ | | | |
| 3. If it has a sump pump, has it ever run? | A3 | | | | ✓ |
| 4. If it has a sump pump, is the sump pump in working order? | A4 | | | | ✓ |
| (B) Water Infiltration | | | | | |
| 1. Are you aware of any past or present water leakage, accumulation, or dampness within the basement or crawl space? | B1 | ✓ | | | |
| 2. Do you know of any repairs or other attempts to control any water or dampness problem in the basement or crawl space? | B2 | ✓ | | | |
| 3. Are the downspouts or gutters connected to a public sewer system? | B3 | | | | ✓ |

121  Explain any "yes" answers in Section 5. Include the location and extent of any problem(s) and any repair or remediation efforts,
122  the name of the person or company who did the repairs and the date they were done: ~~ROOF & windows repaired~~
123  (B) Not currently but previous Owner disclosed there was some dampness in the basement and Storage
124  room, that the back wall was repointed and there was a French drain installed by the driveway.
There were also cracks in the garage that were filled.

**6.  TERMITES/WOOD-DESTROYING INSECTS, DRYROT, PESTS**

|  |  | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| (A) Status | | | | | |
| 1. Are you aware of past or present dryrot, termites/wood-destroying insects or other pests on the Property? | A1 | | ✗ | | |
| 2. Are you aware of any damage caused by dryrot, termites/wood-destroying insects or other pests? | A2 | | ✗ | | |
| (B) Treatment | | | | | |
| 1. Is the Property currently under contract by a licensed pest control company? | B1 | | ✗ | | |
| 2. Are you aware of any termite/pest control reports or treatments for the Property? | B2 | | ✗ | | |

133  Explain any "yes" answers in Section 6. Include the name of any service/treatment provider, if applicable: _____
134  (B) Previous Owner noted: The house is previously treated for preventative purposes in 1996 by
135  the previous owner.

**7.  STRUCTURAL ITEMS**

|  |  | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| (A) Are you aware of any past or present movement, shifting, deterioration, or other problems with walls, foundations, or other structural components? | A | | ✗ | | |
| (B) Are you aware of any past or present problems with driveways, walkways, patios or retaining walls on the Property? | B | | ✗ | | |
| (C) Are you aware of any past or present water infiltration in the house or other structures, other than the roof(s), basement or crawl space(s)? | C | | ✗ | | |
| (D) Stucco and Exterior Synthetic Finishing Systems | | | | | |
| 1. Is any part of the Property constructed with stucco or an Exterior Insulating Finishing System (EIFS) such as Dryvit or synthetic stucco, synthetic brick or synthetic stone? | D1 | | ✗ | | |
| 2. If "yes," indicate type(s) and location(s) _____ | D2 | | | | ✗ |
| 3. If "yes," provide date(s) installed _____ | D3 | | | | ✗ |
| (E) Are you aware of any fire, storm/weather-related, water, hail or ice damage to the Property? | E | | ✗ | | |
| (F) Are you aware of any defects (including stains) in flooring or floor coverings? | F | ✗ | | | |

150  Explain any "yes" answers in Section 7. Include the location and extent of any problem(s) and any repair or remediation efforts,
151  the name of the person or company who did the repairs and the date the work was done: PART STAINS ON HARDWOOD
152  Previous Owner reported minor window leaks above Kit & Din & Bdr above Din rm repaired by Pointing back wall *

**8.  ADDITIONS/ALTERATIONS**

|  |  | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| (A) Have any additions, structural changes or other alterations (including remodeling) been made to the Property during your ownership? Itemize and date all additions/alterations below. | A | ✓ | | | |

| Addition, structural change or alteration (continued on following page) | Approximate date of work | Were permits obtained? (Yes/No/Unk/NA) | Final inspections/ approvals obtained? (Yes/No/Unk/NA) |
|---|---|---|---|
| Turned garage into bedroom | 2016 | NO | N/O |
| Part of garage turned into Pantry | 2016 | NO | NO |

161  Seller's Initials _JK_    Date _10-20-24_    SPD Page 3 of 11    Buyer's Initials ____ / ____    Date _____

* We had also replaced the windows and fixed the roof to help prevent that from happening in the future.

11/3/2024

| 162 163 | **Check yes, no, unknown (unk) or not applicable (N/A) for each question.** Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered. | | | |
|---|---|---|---|---|

| Addition, structural change or alteration | Approximate date of work | Were permits obtained? (Yes/No/Unk/NA) | Final inspections/ approvals obtained? (Yes/No/Unk/NA) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

173 ☐ **A sheet describing other additions and alterations is attached.**

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| (B) Are you aware of any private or public architectural review control of the Property other than zoning codes? If "yes," explain: _____ | B | | | | |

*Note to Buyer: The PA Construction Code Act, 35 P.S. §7210 et seq. (effective 2004), and local codes establish standards for building and altering properties. Buyers should check with the municipality to determine if permits and/or approvals were necessary for disclosed work and if so, whether they were obtained. Where required permits were not obtained, the municipality might require the current owner to up-grade or remove changes made by the prior owners. Buyers can have the Property inspected by an expert in codes compliance to determine if issues exist. Expanded title insurance policies may be available for Buyers to cover the risk of work done to the Property by previous owners without a permit or approval.*

*Note to Buyer: According to the PA Stormwater Management Act, each municipality must enact a Storm Water Management Plan for drainage control and flood reduction. The municipality where the Property is located may impose restrictions on impervious or semi-per-vious surfaces added to the Property. Buyers should contact the local office charged with overseeing the Stormwater Management Plan to determine if the prior addition of impervious or semi-pervious areas, such as walkways, decks, and swimming pools, might affect your ability to make future changes.*

**9.  WATER SUPPLY**

(A) **Source.** Is the source of your drinking water (check all that apply):

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Public | A1 | ✓ | | | |
| 2. A well on the Property | A2 | | ✓ | | |
| 3. Community water | A3 | | ✓ | | |
| 4. A holding tank | A4 | | ✓ | | |
| 5. A cistern | A5 | | ✓ | | |
| 6. A spring | A6 | | ✓ | | |
| 7. Other _____ | A7 | | ✓ | | |
| 8. If no water service, explain: _____ | | | | | |

(B) **General**

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. When was the water supply last tested? **unknown** Test results: _____ | B1 | | | | |
| 2. Is the water system shared? | B2 | | ✓ | | |
| If "yes," is there a written agreement? | B3 | | | | ✓ |
| 4. Do you have a softener, filter or other conditioning system? | B4 | ✓ | | | |
| 5. Is the softener, filter or other treatment system leased? From whom? _____ | B5 | | | | ✓ |
| 6. If your drinking water source is not public, is the pumping system in working order? If "no," explain: _____ | B6 | | | | ✓ |

(C) **Bypass Valve** (for properties with multiple sources of water)

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Does your water source have a bypass valve? | C1 | | ✓ | | |
| 2. If "yes," is the bypass valve working? | C2 | | | | ✓ |

(D) **Well**

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Has your well ever run dry? | D1 | | | | ✓ |
| 2. Depth of well _____ | D2 | | | | ✓ |
| 3. Gallons per minute: _____ , measured on (date) _____ | D3 | | | | ✓ |
| 4. Is there a well that is used for something other than the primary source of drinking water? If "yes," explain _____ | D4 | | ✓ | | |
| 5. If there is an unused well, is it capped? | D5 | | | | ✓ |

Seller's Initials **JL DR**    Date **10-20-24**    SPD Page 4 of 11    Buyer's Initials _____/_____    Date _____

Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX 75201   www.lwolf.com          Jeffrey Round

| | 217 218 | Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered. |

| | | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|---|
| 219 | | **(E) Issues** | | | | |
| 220 221 | | 1. Are you aware of any leaks or other problems, past or present, relating to the water supply, pumping system and related items? | | ✓ | | |
| 222 | | 2. Have you ever had a problem with your water supply? E2 | | | | |
| 223 224 225 | | **Explain any problem(s) with your water supply.** Include the location and extent of any problem(s) and any repair or remediation efforts, the name of the person or company who did the repairs and the date the work was done: _____ | | | | |

**10. SEWAGE SYSTEM**

| | | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|---|
| 227 | | **(A) General** | | | | |
| 228 | | 1. Is the Property served by a sewage system (public, private or community)? A1 | ✓ | | | |
| 229 | | 2. If "no," is it due to unavailability or permit limitations? A2 | | | | ✓ |
| 230 | | 3. When was the sewage system installed (or date of connection, if public)? A3 | | | ✓ | |
| 231 | | 4. Name of current service provider, if any: Brentwood borough A4 | | | | |
| 232 | | **(B) Type** Is your Property served by: | | | | |
| 233 | | 1. Public B1 | ✓ | | | |
| 234 | | 2. Community (non-public) B2 | | | | ✓ |
| 235 | | 3. An individual on-lot sewage disposal system B3 | | | | ✓ |
| 236 | | 4. Other, explain: _____ B4 | | | | ✓ |
| 237 | | **(C) Individual On-lot Sewage Disposal System.** (check all that apply): | | | | |
| 238 | | 1. Is your sewage system within 100 feet of a well? C1 | | | | ✓ |
| 239 | | 2. Is your sewage system subject to a ten-acre permit exemption? C2 | | | | ✓ |
| 240 | | 3. Does your sewage system include a holding tank? C3 | | | | ✓ |
| 241 | | 4. Does your sewage system include a septic tank? C4 | | | | ✓ |
| 242 | | 5. Does your sewage system include a drainfield? C5 | | | | ✓ |
| 243 | | 6. Does your sewage system include a sandmound? C6 | | | | ✓ |
| 244 | | 7. Does your sewage system include a cesspool? C7 | | | | ✓ |
| 245 | | 8. Is your sewage system shared? C8 | | | | ✓ |
| 246 | | 9. Is your sewage system any other type? Explain: _____ C9 | | | | ✓ |
| 247 | | 10. Is your sewage system supported by a backup or alternate system? C10 | | | | ✓ |
| 248 | | **(D) Tanks and Service** | | | | |
| 249 | | 1. Are there any metal/steel septic tanks on the Property? D1 | | | | ✓ |
| 250 | | 2. Are there any cement/concrete septic tanks on the Property? D2 | | | | ✓ |
| 251 | | 3. Are there any fiberglass septic tanks on the Property? D3 | | | | ✓ |
| 252 | | 4. Are there any other types of septic tanks on the Property? Explain _____ D4 | | | | ✓ |
| 253 | | 5. Where are the septic tanks located? _____ D5 | | | | ✓ |
| 254 255 | | 6. When were the tanks last pumped and by whom? _____ D6 | | | | ✓ |
| 256 | | **(E) Abandoned Individual On-lot Sewage Disposal Systems and Septic** | | | | |
| 257 | | 1. Are you aware of any abandoned septic systems or cesspools on the Property? E1 | | | | ✓ |
| 258 259 | | 2. If "yes," have these systems, tanks or cesspools been closed in accordance with the municipality's ordinance? E2 | | | | ✓ |
| 260 | | **(F) Sewage Pumps** | | | | |
| 261 | | 1. Are there any sewage pumps located on the Property? F1 | | ✓ | | |
| 262 | | 2. If "yes," where are they located? _____ F2 | | | | ✓ |
| 263 | | 3. What type(s) of pump(s)? _____ F3 | | | | ✓ |
| 264 | | 4. Are pump(s) in working order? F4 | | ✓ | | |
| 265 266 | | 5. Who is responsible for maintenance of sewage pumps? _____ F5 | | | | ✓ |
| 267 | | **(G) Issues** | | | | |
| 268 | | 1. How often is the on-lot sewage disposal system serviced? _____ G1 | | | | ✓ |
| 269 270 | | 2. When was the on-lot sewage disposal system last serviced and by whom? _____ G2 | | | | ✓ |
| 271 | | 3. Is any waste water piping not connected to the septic/sewer system? G3 | | ✓ | | |
| 272 273 | | 4. Are you aware of any past or present leaks, backups, or other problems relating to the sewage system and related items? G4 | | | | ✓ |

274  Seller's Initials _SRL_ _DD_ Date _10-20-24_   SPD Page 5 of 11   Buyer's Initials ____/____ Date _____

| 275 | Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the |
| 276 | Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered. |

277  Explain any "yes" answers in Section 10. Include the location and extent of any problem(s) and any repair or remediation ef-
278  forts, the name of the person or company who did the repairs and the date the work was done: _____
279

**11. PLUMBING SYSTEM**

| | | Yes | No | Unk | N/A |
|---|---|:---:|:---:|:---:|:---:|
| (A) Material(s). Are the plumbing materials (check all that apply): | | | | | |
| 1. Copper | A1 | ✓ | | | |
| 2. Galvanized | A2 | | ✓ | | |
| 3. Lead | A3 | | ✓ | | |
| 4. PVC | A4 | ✓ | | | |
| 5. Polybutylene pipe (PB) | A5 | ✓ | | | |
| 6. Cross-linked polyethyline (PEX) | A6 | | ✓ | | |
| 7. Other _____ | A7 | | | | ✓ |
| (B) Are you aware of any past or present problems with any of your plumbing fixtures (e.g., including but not limited to: kitchen, laundry, or bathroom fixtures; wet bars; exterior faucets; etc.)? | B | ✓ | | | |

If "yes," explain: _Outside  Hose B.b_

**12. DOMESTIC WATER HEATING**

| | | Yes | No | Unk | N/A |
|---|---|:---:|:---:|:---:|:---:|
| (A) Type(s). Is your water heating (check all that apply): | | | | | |
| 1. Electric | A1 | ✓ | | | |
| 2. Natural gas | A2 | ✓ | | | |
| 3. Fuel oil | A3 | | ✓ | | |
| 4. Propane | A4 | | ✓ | | |
| If "yes," is the tank owned by Seller? | | | | | ✓ |
| 5. Solar | A5 | | | | ✓ |
| If "yes," is the system owned by Seller? | | | | | ✓ |
| 6. Geothermal | A6 | | ✓ | | |
| 7. Other _____ | A7 | | ✓ | | |
| (B) System(s) | | | | | |
| 1. How many water heaters are there? _1_ | B1 | | | | |
| Tanks __1__  Tankless _____ | | | | | |
| 2. When were they installed? _MARCH 2024_ | B2 | | | | |
| 3. Is your water heater a summer/winter hook-up (integral system, hot water from the boiler, etc.)? | B3 | | ✓ | | |
| (C) Are you aware of any problems with any water heater or related equipment? | C | | ✓ | | |

If "yes," explain: _____

**13. HEATING SYSTEM**

| | | Yes | No | Unk | N/A |
|---|---|:---:|:---:|:---:|:---:|
| (A) Fuel Type(s). Is your heating source (check all that apply): | | | | | |
| 1. Electric | A1 | | ✓ | | |
| 2. Natural gas | A2 | ✓ | | | |
| 3. Fuel oil | A3 | | ✓ | | |
| 4. Propane | A4 | | ✓ | | |
| If "yes," is the tank owned by Seller? | | | | | ✓ |
| 5. Geothermal | A5 | | ✓ | | |
| 6. Coal | A6 | | ✓ | | |
| 7. Wood | A7 | | ✓ | | |
| 8. Solar shingles or panels | A8 | | ✓ | | |
| If "yes," is the system owned by Seller? | | | | | ✓ |
| 9. Other: _____ | A9 | | ✓ | | |
| (B) System Type(s) (check all that apply): | | | | | |
| 1. Forced hot air | B1 | ✓ | | | |
| 2. Hot water | B2 | | ✓ | | |
| 3. Heat pump | B3 | | ✓ | | |
| 4. Electric baseboard | B4 | | ✓ | | |
| 5. Steam | B5 | | ✓ | | |
| 6. Radiant flooring | B6 | | ✓ | | |
| 7. Radiant ceiling | B7 | | ✓ | | |

Seller's Initials _JK_ _DR_ Date _10-20-24_    SPD Page 6 of 11    Buyer's Initials ____/____    Date ____

| 334 335 | Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered. | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|---|

| Line | Item | Code | Yes | No | Unk | N/A |
|---|---|---|---|---|---|---|
| 336 | 8. Pellet stove(s) | B8 | | ✓ | | |
| 337 | How many and location? _____ | | | | | ✓ |
| 338 | 9. Wood stove(s) | B9 | | ✓ | | |
| 339 | How many and location? _____ | | | | | ✓ |
| 340 | 10. Coal stove(s) | B10 | | ✓ | | ✓ |
| 341 | How many and location? _____ | | | | | ✓ |
| 342 | 11. Wall-mounted split system(s) | B11 | | ✓ | | ✓ |
| 343 | How many and location? _____ | | | | | ✓ |
| 344 | 12. Other: _____ | B12 | | ✓ | | |
| 345 | 13. If multiple systems, provide locations _____ | B13 | | | | ✓ |
| 346 | _____ | | | | | |
| 347 | **(C) Status** | | | | | |
| 348 | 1. Are there any areas of the house that are not heated? | C1 | ✓ | | | |
| 349 | If "yes," explain: garage area converted to bedroom | | | | | |
| 350 | 2. How many heating zones are in the Property? | C2 | | | | |
| 351 | 3. When was each heating system(s) or zone installed? | C3 | | | ✗ | |
| 352 | 4. When was the heating system(s) last serviced? 11-2023 | C4 | | | | |
| 353 | 5. Is there an additional and/or backup heating system? If "yes," explain: _____ | C5 | | ✓ | | |
| 354 | | | | | | |
| 355 | 6. Is any part of the heating system subject to a lease, financing or other agreement? | C6 | | ✓ | | |
| 356 | If "yes," explain: _____ | | | | | |
| 357 | **(D) Fireplaces and Chimneys** | | | | | |
| 358 | 1. Are there any fireplaces? How many? _____ | D1 | | ✓ | | |
| 359 | 2. Are all fireplaces working? | D2 | | | | ✓ |
| 360 | 3. Fireplace types (wood, gas, electric, etc.): _____ | D3 | | | | ✓ |
| 361 | 4. Was the fireplace(s) installed by a professional contractor or manufacturer's representative? | D4 | | | | ✓ |
| 362 | 5. Are there any chimneys (from a fireplace, water heater or any other heating system)? | D5 | ✗ | | | |
| 363 | 6. How many chimneys? 1 | D6 | | | | |
| 364 | 7. When were they last cleaned? _____ | D7 | | | | ✗ |
| 365 | 8. Are the chimneys working? If "no," explain: _____ | D8 | ✗ | | | |
| 366 | **(E) Fuel Tanks** | | | | | |
| 367 | 1. Are you aware of any heating fuel tank(s) on the Property? | E1 | | ✗ | | |
| 368 | 2. Location(s), including underground tank(s): _____ | E2 | | | | ✗ |
| 369 | 3. If you do not own the tank(s), explain: _____ | E3 | | | | ✗ |
| 370 371 | **(F) Are you aware of any problems or repairs needed regarding any item in Section 13? If "yes," explain:** | F | | ✗ | | |
| 372 | **14. AIR CONDITIONING SYSTEM** | | | | | |
| 373 | **(A) Type(s).** Is the air conditioning (check all that apply): | | | | | |
| 374 | 1. Central air | A1 | ✗ | | | |
| 375 | a. How many air conditioning zones are in the Property? 1 | 1a | | | | |
| 376 | b. When was each system or zone installed? | 1b | | | ✗ | |
| 377 | c. When was each system last serviced? 11-2023 | 1c | | | | |
| 378 | 2. Wall units | A2 | | ✗ | | |
| 379 | How many and the location? _____ | | | | | ✗ |
| 380 | 3. Window units | A3 | | ✗ | | |
| 381 | How many? _____ | | | | | ✗ |
| 382 | 4. Wall-mounted split units | A4 | | ✗ | | |
| 383 | How many and the location? _____ | | | | | ✗ |
| 384 | 5. Other _____ | A5 | | ✗ | | |
| 385 | 6. None | A6 | | ✗ | | |
| 386 | **(B)** Are there any areas of the house that are not air conditioned? | B | ✗ | | | |
| 387 | If "yes," explain: garage area converted to bedroom | | | | | |
| 388 389 | **(C) Are you aware of any problems with any item in Section 14? If "yes," explain:** _____ | C | | ✗ | | |

390   Seller's Initials _JR_/_DR_   Date _10-20-24_   SPD Page 7 of 11   Buyer's Initials ___/___ Date _____

**Check yes, no, unknown (unk) or not applicable (N/A) for each question.** Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

### 15. ELECTRICAL SYSTEM

(A) Type(s)

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Does the electrical system have fuses? | A1 | | ✓ | | |
| 2. Does the electrical system have circuit breakers? | A2 | ✓ | | | |
| 3. Is the electrical system solar powered? | A3 | | ✓ | | |
|   a. If "yes," is it entirely or partially solar powered? _____ | 3a | | | | |
|   b. If "yes," is any part of the system subject to a lease, financing or other agreement? If "yes," explain: _____ | 3b | | | | ✓ |

(B) What is the system amperage? _____  → B

(C) Are you aware of any knob and tube wiring in the Property?  → C  No ✓

(D) Are you aware of any problems or repairs needed in the electrical system? If "yes," explain: _____  → D  No ✓

### 16. OTHER EQUIPMENT AND APPLIANCES

(A) **THIS SECTION IS INTENDED TO IDENTIFY PROBLEMS OR REPAIRS** and must be completed for each item that will, or may, be included with the Property. The terms of the Agreement of Sale negotiated between Buyer and Seller will determine which items, if any, are included in the purchase of the Property. **THE FACT THAT AN ITEM IS LISTED DOES NOT MEAN IT IS INCLUDED IN THE AGREEMENT OF SALE.**

(B) Are you aware of any problems or repairs needed to any of the following:

| Item | Yes | No | N/A | | Item | Yes | No | N/A |
|---|---|---|---|---|---|---|---|---|
| A/C window units | | | ✓ | | Pool/spa heater | | | ✓ |
| Attic fan(s) | | | ✓ | | Range/oven | | ✓ | |
| Awnings | | | ✓ | | Refrigerator(s) | | ✓ | |
| Carbon monoxide detectors | | ✓ | | | Satellite dish | | | ✓ |
| Ceiling fans | ✓ | | | | Security alarm system | | | ✓ |
| Deck(s) | | | ✓ | | Smoke detectors | | ✓ | |
| Dishwasher | | ✓ | | | Sprinkler automatic timer | | | ✓ |
| Dryer | | ✓ | | | Stand-alone freezer | | | ✓ |
| Electric animal fence | | | ✓ | | Storage shed | | | ✓ |
| Electric garage door opener | | ✓ | | | Trash compactor | | | ✓ |
| Garage transmitters | | | ✓ | | Washer | | ✓ | |
| Garbage disposal | | ✓ | | | Whirlpool/tub | | | ✓ |
| In-ground lawn sprinklers | | | ✓ | | Other: | | | |
| Intercom | | | ✓ | | 1. | | | |
| Interior fire sprinklers | | | ✓ | | 2. | | | |
| Keyless entry | | | ✓ | | 3. | | | |
| Microwave oven | ✓ | | | | 4. | | | |
| Pool/spa accessories | | | ✓ | | 5. | | | |
| Pool/spa cover | | | ✓ | | 6. | | | |

(C) Explain any "yes" answers in Section 16:  Ceiling fan in bed room not working
Microwave lights

### 17. POOLS, SPAS AND HOT TUBS

(A) Is there a swimming pool on the Property? If "yes,":

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| | A | | ✓ | | |
| 1. Above-ground or in-ground? _____ | A1 | | | | ✓ |
| 2. Saltwater or chlorine? _____ | A2 | | | | ✓ |
| 3. If heated, what is the heat source? _____ | A3 | | | | ✓ |
| 4. Vinyl-lined, fiberglass or concrete-lined? _____ | A4 | | | | ✓ |
| 5. What is the depth of the swimming pool? _____ | A5 | | | | ✓ |
| 6. Are you aware of any problems with the swimming pool? | A6 | | | | ✓ |
| 7. Are you aware of any problems with any of the swimming pool equipment (cover, filter, ladder, lighting, pump, etc.)? | A7 | | | | ✓ |

(B) Is there a spa or hot tub on the Property?  → B  No ✓

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 1. Are you aware of any problems with the spa or hot tub? | B1 | | | | ✓ |
| 2. Are you aware of any problems with any of the spa or hot tub equipment (steps, lighting, jets, cover, etc.)? | B2 | | | | ✓ |

(C) Explain any problems in Section 17: _____

Seller's Initials  JR    Date 10-20-24    SPD Page 8 of 11    Buyer's Initials ___ / ___    Date _____

Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

**18. WINDOWS**

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| (A) Have any windows or skylights been replaced during your ownership of the Property? | A | ✗ | | | |
| (B) Are you aware of any problems with the windows or skylights? | B | | ✗ | | |

Explain any "yes" answers in Section 18. Include the location and extent of any problem(s) and any repair, replacement or remediation efforts, the name of the person or company who did the repairs and the date the work was done: _____
2022, Window Nation

**19. LAND/SOILS**

(A) **Property**

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Are you aware of any fill or expansive soil on the Property? A1 | ✗ | | | |
| 2. Are you aware of any slide, settling, earth movement, upheaval, subsidence, sinkholes or earth stability problems that have occurred on or affect the Property? A2 | | ✗ | | |
| 3. Are you aware of any sewage sludge (other than commercially available fertilizer products) being spread on the Property? A3 | | ✗ | | |
| 4. Have you received written notice of sewage sludge being spread on an adjacent property? A4 | | ✗ | | |
| 5. Are you aware of any existing, past or proposed mining, strip-mining, or any other excavations on the Property? A5 | | ✗ | | |

*Note to Buyer: The Property may be subject to mine subsidence damage. Maps of the counties and mines where mine subsidence damage may occur and further information on mine subsidence insurance are available through* Department of Environmental Protection Mine Subsidence Insurance Fund, (800) 922-1678 or ra-epmsi@pa.gov.

(B) **Preferential Assessment and Development Rights**

Is the Property, or a portion of it, preferentially assessed for tax purposes, or subject to limited development rights under the:

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Farmland and Forest Land Assessment Act - 72 P.S.§5490.1, et seq. (Clean and Green Program) B1 | | ✓ | | |
| 2. Open Space Act - 16 P.S. §11941, et seq. B2 | | ✓ | | |
| 3. Agricultural Area Security Law - 3 P.S. §901, et seq. (Development Rights) B3 | | ✓ | | |
| 4. Any other law/program: B4 | | ✓ | | |

*Note to Buyer: Pennsylvania has enacted the Right to Farm Act (3 P.S. § 951-957) in an effort to limit the circumstances under which agricultural operations may be subject to nuisance suits or ordinances. Buyers are encouraged to investigate whether any agricultural operations covered by the Act operate in the vicinity of the Property.*

(C) **Property Rights**

Are you aware of the transfer, sale and/or lease of any of the following property rights (by you or a previous owner of the Property):

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Timber C1 | | ✓ | | |
| 2. Coal C2 | | ✓ | | |
| 3. Oil C3 | | ✓ | | |
| 4. Natural gas C4 | | ✓ | | |
| 5. Mineral or other rights (such as farming rights, hunting rights, quarrying rights) Explain: C5 | | ✓ | | |

*Note to Buyer: Before entering into an agreement of sale, Buyer can investigate the status of these rights by, among other means, engaging legal counsel, obtaining a title examination of unlimited years and searching the official records in the county Office of the Recorder of Deeds, and elsewhere. Buyer is also advised to investigate the terms of any existing leases, as Buyer may be subject to terms of those leases.*

Explain any "yes" answers in Section 19: We added fill to the backyard

**20. FLOODING, DRAINAGE AND BOUNDARIES**

(A) **Flooding/Drainage**

| | Yes | No | Unk | N/A |
|---|---|---|---|---|
| 1. Is any part of this Property located in a wetlands area? A1 | | ✓ | | |
| 2. Is the Property, or any part of it, designated a Special Flood Hazard Area (SFHA)? A2 | | ✓ | | |
| 3. Do you maintain flood insurance on this Property? A3 | | ✓ | | |
| 4. Are you aware of any past or present drainage or flooding problems affecting the Property? A4 | | ✓ | | |
| 5. Are you aware of any drainage or flooding mitigation on the Property? A5 | | ✓ | | |
| 6. Are you aware of the presence on the Property of any man-made feature that temporarily or permanently conveys or manages storm water, including any basin, pond, ditch, drain, swale, culvert, pipe or other feature? A6 | | ✓ | | |
| 7. If "yes," are you responsible for maintaining or repairing that feature which conveys or manages storm water for the Property? A7 | | | | ✓ |

Seller's Initials JR / DR Date 10-20-24     SPD Page 9 of 11     Buyer's Initials ____ / ____ Date _____

509  Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the
510  Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.

511  **Explain any "yes" answers in Section 20(A). Include dates, the location and extent of flooding and the condition of any man-**
512  **made storm water management features:** _____
513

514  **(B) Boundaries**

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 515 | 1. Are you aware of encroachments, boundary line disputes, or easements affecting the Property? | B1 | | ✓ | |
| 516 | 2. Is the Property accessed directly (without crossing any other property) by or from a public road? | B2 | ✓ | | |
| 517 | 3. Can the Property be accessed from a private road or lane? | B3 | ✓ | | |
| 518 | a. If "yes," is there a written right of way, easement or maintenance agreement? | 3a | | | ✓ |
| 519 | b. If "yes," has the right of way, easement or maintenance agreement been recorded? | 3b | | | ✓ |
| 520 | 4. Are you aware of any shared or common areas (driveways, bridges, docks, walls, etc.) or mainte- | | | | |
| 521 | nance agreements? | B4 | | ✓ | |

522  *Note to Buyer: Most properties have easements running across them for utility services and other reasons. In many cases, the ease-*
523  *ments do not restrict the ordinary use of the property, and Seller may not be readily aware of them. Buyers may wish to determine*
524  *the existence of easements and restrictions by examining the property and ordering an Abstract of Title or searching the records in*
525  *the Office of the Recorder of Deeds for the county before entering into an agreement of sale.*

526  **Explain any "yes" answers in Section 20(B):** Public access from front & back
527  road.

528  **21.  HAZARDOUS SUBSTANCES AND ENVIRONMENTAL ISSUES**

529  **(A) Mold and Indoor Air Quality (other than radon)**

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 530 | 1. Are you aware of any tests for mold, fungi, or indoor air quality in the Property? | A1 | | ✓ | |
| 531 | 2. Other than general household cleaning, have you taken any efforts to control or remediate mold or | | | | |
| 532 | mold-like substances in the Property? | A2 | | ✓ | |

533  *Note to Buyer: Individuals may be affected differently, or not at all, by mold contamination. If mold contamination or indoor air*
534  *quality is a concern, buyers are encouraged to engage the services of a qualified professional to do testing. Information on this*
535  *issue is available from the United States Environmental Protection Agency and may be obtained by contacting IAQ INFO, P.O. Box*
536  *37133, Washington, D.C. 20013-7133, 1-800-438-4318.*

537  **(B) Radon**

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 538 | 1. Are you aware of any tests for radon gas that have been performed in any buildings on the Property? | B1 | ✓ | | |
| 539 | 2. If "yes," provide test date and results _2011_ | B2 | | | |
| 540 | 3. Are you aware of any radon removal system on the Property? | B3 | ✓ | | |

541  **(C) Lead Paint**

542  If the Property was constructed, or if construction began, before 1978, you must disclose any knowl-
543  edge of, and records and reports about, lead-based paint on the Property on a separate disclosure form.

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 544 | 1. Are you aware of any lead-based paint or lead-based paint hazards on the Property? | C1 | | | |
| 545 | 2. Are you aware of any reports or records regarding lead-based paint or lead-based paint hazards on | | | | |
| 546 | the Property? | C2 | | | |

547  **(D) Tanks**

| | | | | | |
|---|---|---|---|---|---|
| 548 | 1. Are you aware of any existing underground tanks? | D1 | | | |
| 549 | 2. Are you aware of any underground tanks that have been removed or filled? | D2 | | | |

550  **(E) Dumping.** Has any portion of the Property been used for waste or refuse disposal or storage? | E | | | |
551  If "yes," location: _____

552  **(F) Other**

| | | | | | |
|---|---|---|---|---|---|
| 553 | 1. Are you aware of any past or present hazardous substances on the Property (structure or soil) | | | | |
| 554 | such as, but not limited to, asbestos or polychlorinated biphenyls (PCBs)? | F1 | | | |
| 555 | 2. Are you aware of any other hazardous substances or environmental concerns that may affect the | | | | |
| 556 | Property? | F2 | | | |
| 557 | 3. If "yes," have you received written notice regarding such concerns? | F3 | | | ✓ |
| 558 | 4. Are you aware of testing on the Property for any other hazardous substances or environmental | | | | |
| 559 | concerns? | F4 | | | |

560  **Explain any "yes" answers in Section 21. Include test results and the location of the hazardous substance(s) or environmental**
561  **issue(s):** Radon test at time of purchase in 2011

562  **22.  MISCELLANEOUS**    A radon remediation system was installed at that time.

563  **(A) Deeds, Restrictions and Title**

| | | Yes | No | Unk | N/A |
|---|---|---|---|---|---|
| 564 | 1. Are there any deed restrictions or restrictive covenants that apply to the Property? | A1 | | | |
| 565 | 2. Are you aware of any historic preservation restriction or ordinance or archeological designation | | | | |
| 566 | associated with the Property? | A2 | | | |

11/3/2024

567  **Seller's Initials** JR DR **Date** 10-20-24    **SPD Page 10 of 11**    **Buyer's Initials** ____/____  **Date** _____

| | Yes | No | Unk | N/A |
|---|---|---|---|---|

**Check yes, no, unknown (unk) or not applicable (N/A) for each question. Be sure to check N/A when a question does not apply to the Property. Check unknown when the question does apply to the Property but you are not sure of the answer. All questions must be answered.**

3. Are you aware of any reason, including a defect in title or contractual obligation such as an option or right of first refusal, that would prevent you from giving a warranty deed or conveying title to the Property?  **A3** — No ✓

**(B) Financial**

1. Are you aware of any public improvement, condominium or homeowner association assessments against the Property that remain unpaid or of any violations of zoning, housing, building, safety or fire ordinances or other use restriction ordinances that remain uncorrected?  **B1** — No ✓

2. Are you aware of any mortgages, judgments, encumbrances, liens, overdue payments on a support obligation, or other debts against this Property or Seller that cannot be satisfied by the proceeds of this sale?  **B2** — No ✓

3. Are you aware of any insurance claims filed relating to the Property during your ownership?  **B3** — No ✓

**(C) Legal**

1. Are you aware of any violations of federal, state, or local laws or regulations relating to this Property?  **C1** — No ✓

2. Are you aware of any existing or threatened legal action affecting the Property?  **C2** — No ✓

**(D) Additional Material Defects**

1. Are you aware of any material defects to the Property, dwelling, or fixtures which are not disclosed elsewhere on this form?  **D1** — No ✓

   *Note to Buyer: A material defect is a problem with a residential real property or any portion of it that would have a significant adverse impact on the value of the property or that involves an unreasonable risk to people on the property. The fact that a structural element, system or subsystem is at or beyond the end of the normal useful life of such a structural element, system or subsystem is not by itself a material defect.*

2. **After completing this form, if Seller becomes aware of additional information about the Property, including through inspection reports from a buyer, the Seller must update the Seller's Property Disclosure Statement and/or attach the inspection report(s). These inspection reports are for informational purposes only.**

Explain any "yes" answers in Section 22: _____

_____

**23. ATTACHMENTS**

(A) The following are part of this Disclosure if checked:

☐ Seller's Property Disclosure Statement Addendum (PAR Form SDA)

☐ _____

☐ _____

☐ _____

**The undersigned Seller represents that the information set forth in this disclosure statement is accurate and complete to the best of Seller's knowledge. Seller hereby authorizes the Listing Broker to provide this information to prospective buyers of the property and to other real estate licensees. SELLER ALONE IS RESPONSIBLE FOR THE ACCURACY OF THE INFORMATION CONTAINED IN THIS STATEMENT. If any information supplied on this form becomes inaccurate following completion of this form, Seller shall notify Buyer in writing.**

SELLER _____   Jeffrey L. Round DATE 10-20-24

SELLER _____   Deidra Nicole Round DATE 10.20.24

SELLER _____   DATE _____

SELLER _____   DATE _____

SELLER _____   DATE _____

SELLER _____   DATE _____

**RECEIPT AND ACKNOWLEDGEMENT BY BUYER**

**The undersigned Buyer acknowledges receipt of this Statement. Buyer acknowledges that this Statement is not a warranty and that, unless stated otherwise in the sales contract, Buyer is purchasing this property in its present condition. It is Buyer's responsibility to satisfy himself or herself as to the condition of the property. Buyer may request that the property be inspected, at Buyer's expense and by qualified professionals, to determine the condition of the structure or its components.**

BUYER _____   DATE _____

BUYER _____   DATE _____

BUYER _____   DATE _____

**SPD Page 11 of 11**

## OIL, GAS AND/OR MINERAL RIGHTS/INTERESTS DISCLOSURE          OGMD

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR).

1   **PROPERTY** 3116 Willett Rd, Pittsburgh, PA  15237
2   **SELLER** Jeffrey L. Round, Deidra Nicole Round
3   **BUYER**

4   Surface and subsurface rights are often transferred together, but sometimes are transferred separately. Despite the best inten-
5   tions of sellers, property owners are often not aware of the precise extent of the oil, gas and/or mineral rights/interests that they
6   may or may not own. The following has been completed by Seller to indicate Seller's knowledge of and intentions about the oil,
7   gas and/or mineral rights/interests for the Property and is not a substitute for any inspections or warranties that Buyer may wish
8   to obtain. The responses provided below are given to the best of Seller's knowledge and may not reflect all oil, gas and/or mineral
9   rights/interests for the Property. The statements contained herein are not a warranty of any kind by Seller or a warranty or rep-
10  resentation by any listing real estate broker, any selling real estate broker, or their licensees. Buyer is advised to conduct a full
11  examination of oil, gas and/or mineral rights/interests for the Property.

12  **1.  OIL, GAS AND/OR MINERAL RIGHTS/INTERESTS OWNED**
13     (A) Seller owns all or a portion of the following rights/interests (if unknown, state "unknown"):
14        ☐ Oil      unknown
15        ☐ Gas      unknown
16        ☐ Minerals  unknown
17        ☐ Coal     unknown
18        ☐ Other    unknown
19     (B) Owner of the following rights, if not Seller:
20        Oil                                                    ☒ unknown
21        Gas                                                    ☒ unknown
22        Minerals                                               ☒ unknown
23        Coal                                                   ☒ unknown
24        Other                                                  ☒ unknown
25     (C) Seller ☐ is ☒ is not aware of a lease affecting subsurface rights.
26        If Seller is aware of a lease affecting subsurface rights, does Seller have a copy of the lease(s)? ☐ Yes ☐ No
27     (D) The warranty of title in the Agreement of Sale does not pertain to any oil, gas, and/or mineral rights/interests that will be con-
28        veyed, excepted or reserved. Seller will not defend title to these rights/interests and does not covenant that Buyer will have quiet
29        enjoyment of these rights/interests.

30  **2.  OIL, GAS AND/OR MINERAL RIGHTS/INTERESTS EXCEPTED**
31     (A) Seller is aware that the following oil, gas and/or mineral rights/interests have been previously leased, sold or otherwise conveyed
32        by Seller or a previous owner of the Property (exceptions) as indicated and is not transferring them to Buyer:
33        ☐ Oil
34        ☐ Gas
35        ☐ Minerals
36        ☐ Coal
37        ☐ Other
38     (B) It cannot be presumed that Seller's failure to indicate an exception will entitle Buyer to all of those rights/interests. Buyer is ad-
39        vised to conduct a full examination of all oil, gas and/or mineral rights/interests for the Property.
40     (C) The warranty of title in the Agreement of Sale does not pertain to the oil, gas and/or mineral rights/interests that have been ex-
41        cepted. Seller will not defend title to these rights/interests and does not covenant that Buyer will have quiet enjoyment of these
42        rights/interests.
43     (D) Oil, gas and/or mineral rights and interests that have been previously conveyed are commonly transferred numerous times, with or
44        without proper recording or notice, from owner to owner as well as by corporate acquisitions. Buyer understands that any infor-
45        mation provided by Seller herein about Seller's knowledge of the excepted rights is only given to the best of Seller's ability and
46        may not be current.

47  Seller's Initials: JR DR          **OGMD Page 1 of 3**          Buyer's Initials: _____ / _____

Pennsylvania
Association of
Realtors®

North Hills Regional, 9401 McKnight Rd Pittsburgh PA 15237
Don Kolessar          Produced with Lone Wolf Transactions (zipForm Edition) 717 N Harwood St, Suite 2200, Dallas, TX  75201   www.lwolf.com

COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2023
rev. 9/22; rel. 1/23
Jeffrey Round 3116

Phone: 4123678000          Fax: 4123675853

48  **3.  OIL, GAS AND/OR MINERAL RIGHTS/INTERESTS RESERVED**
49      (A) Seller is reserving the following oil, gas and/or mineral rights/interests as indicated and is not transferring them to Buyer:
50          ☐ Oil _____
51          ☐ Gas _____
52          ☐ Minerals _____
53          ☐ Coal _____
54          ☐ Other _____
55      This reservation(s) will be executed in its entirety at settlement, unless otherwise indicated.
56      (B) Seller's reservation does not apply to domestic free gas and surface damage rights/interests, which are set forth below.
57      (C) The warranty of title identified in the Agreement of Sale does not pertain to the oil, gas and/or mineral rights/interests that are
58          reserved by Seller. Seller will not defend title to these rights/interests and does not covenant that Buyer will have quiet enjoyment
59          of these rights/interests.

60  **4.  SURFACE RIGHTS**
61      (A) Surface rights owned by Seller: unKnown
62      _____
63      (B) Surface rights excepted: _____
64      _____

65  **5.  SURFACE DAMAGES**
66      (A) Damages
67          1.  Are you entitled to or do you receive surface damages, including pipeline rights-of-way, well pad sites, compression sites and
68              standing marketable timber, according to the terms of the current lease? ☐ Yes ☒ No
69          2.  If known, what limitations are contained in the lease? _____
70          _____
71          3.  If applicable, is the right to claim surface damages and/or remediation rights transferable to a buyer? ☐ Yes ☒ No
72          4.  Seller understands that the exclusive right to receive surface damages will be assigned to the buyer of the property unless oth-
73              erwise stated
74      (B) In the event Seller is reserving and retaining oil, gas and/or mineral rights/interests as set forth in Paragraph 2(A), then Seller
75          further agrees to convey, assign and/or transfer to Buyer: i) the exclusive right to receive compensation for any and all damages,
76          which include, but are not limited to, pipeline rights-of-way, well pad sites, compressor sites, and standing marketable timber, and
77          ii) any and all surface consent or surface remediation rights set forth in the applicable oil, gas, and/or mineral rights lease, pipeline
78          right-of-way agreement or other surface use agreement pertaining to the Property. A copy of the applicable language of the
79          lease is attached to this Disclosure or will be provided to Buyer within _____ days (10 if not specified).

80  **6.  DOMESTIC FREE GAS**
81      (A) Generally, Domestic Free Gas is a byproduct of the drilling process which can be supplied to a residential structure located on the
82          property where drilling takes place to be used for heating the structure.
83      (B) If transferable, Seller will convey to Buyer 100% of the domestic free gas rights/interests.

84  **7.  DOCUMENTATION**
85      ☒ Seller has no documentation pertaining to any written leases, addenda, surface use agreements, pipeline easements, or other docu-
86          ments relating to prior conveyances, assignments, or transfers of the oil, gas and/or mineral rights/interests to the Property.
87      ☐ Seller has attached to this Disclosure copies of all written oil, gas and/or mineral rights leases, addenda, surface use agreements,
88          pipeline easements, and other documents (e.g., royalty agreements) within Seller's possession having to do with prior convey-
89          ances, assignments, or transfers of these rights/interests, as follows: _____
90      _____
91      _____

92  **8.  EASEMENTS & LEGAL ISSUES**
93      (A) Are you aware of any encumbrances, covenants, conditions, restrictions, mineral or natural restrictions, easements, licenses, liens,
94          charges, agreements, or other matters, whether recorded or unrecorded, which affect title of the Property? ☐ Yes ☒ No
95      (B) Are you aware of any existing or threatened action, suit, or government proceeding relating to the oil, gas, mineral and/or other
96          rights discussed herein? ☐ Yes ☒ No

97  Seller's Initials: _JR_ _DR_          **OGMD Page 2 of 3**          Buyer's Initials: _____ / _____

| 98 | (C) Are you aware of any insurance claims filed relating to the oil, gas, mineral and/or other rights discussed herein? ☐ Yes ☐ No |
| 99 | (D) Are you aware of any apportionment or allocation issues affecting the Property? ☐ Yes ☐ No |
| 100 | (E) Because each interest may be transferred separately (e.g., surface rights transferred separately from mineral rights), each parcel |
| 101 | might be identified with a separate Tax Identification Number or parcel number. |

102  **9.  VALUATION**
103       The parties understand that no licensee acting on Seller's behalf is an expert in establishing a value for the subsurface rights to the
104       Property and that the value of oil, gas, and/or minerals can fluctuate. Either party may, at their own expense, hire an expert to appraise
105       the subsurface rights to the Property.

106  **10.  OTHER**
107  _____
108  _____
109  _____
110  _____

111  SELLER _____   **Jeffrey L. Round**   DATE 10-20-24
112  SELLER _____   **Deidra Nicole Round**  DATE 10-20-24
113  SELLER _____                           DATE _____

---

114   **RECEIPT AND ACKNOWLEDGEMENT BY BUYER**
115   **The undersigned Buyer acknowledges receipt of this Disclosure. Buyer acknowledges that this Statement is not a warranty**
116   **and that Buyer is purchasing the Property with only the oil, gas and/or mineral rights/interests that Seller is able and willing to**
117   **convey. It is Buyer's responsibility to satisfy himself or herself as to the ownership status of the oil, gas and/or mineral rights/**
118   **interests to the Property. Buyer may investigate the ownership status of the oil, gas and/or mineral rights/interests, at Buyer's**
119   **expense and by qualified professionals.**

120   **BUYER** _____   **DATE** _____
121   **BUYER** _____   **DATE** _____
122   **BUYER** _____   **DATE** _____

---

**OGMD Page 3 of 3**

## RESIDENTIAL LEAD-BASED PAINT HAZARDS DISCLOSURE FORM

**LPD**

This form recommended and approved for, but not restricted to use by, the members of the Pennsylvania Association of Realtors® (PAR)

### THIS FORM MUST BE COMPLETED FOR ANY PROPERTY BUILT PRIOR TO 1978

| | |
|---|---|
| 1 | **PROPERTY** 3116 Willett Rd, Pittsburgh, PA 15237 |
| 2 | **SELLER** Jeffrey L. Round, Deidra Nicole Round |

3 **LEAD WARNING STATEMENT**
4 Every purchaser of any interest in residential real property on which a residential dwelling was built prior to 1978 is notified that such
5 property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead
6 poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient,
7 behavioral problems, and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The Seller of any interest
8 in residential real property is required to provide the Buyer with any information on lead-based paint hazards from risk assessments or
9 inspections in the Seller's possession and notify the Buyer of any known lead-based paint hazards. A risk assessment or inspection for
10 possible lead-based paint hazards is recommended prior to purchase.

11 **SELLER'S DISCLOSURE**
12 _____ **Seller has no knowledge** of the presence of lead-based paint and/or lead-based paint hazards in or about the Property.
13 _____ / _____ **Seller has knowledge** of the presence of lead-based paint and/or lead-based paint hazards in or about the Property. (Provide the
14 basis for determining that lead-based paint and/or hazards exist, the location(s), the condition of the painted surfaces, and other
15 available information concerning Seller's knowledge of the presence of lead-based paint and/or lead-based paint hazards.)

16 _____ / _____

17 **SELLER'S RECORDS/REPORTS**
18 _____ **Seller has no records or reports** pertaining to lead-based paint and/or lead-based paint hazards in or about the Property.
19 _____ / _____ **Seller has provided** Buyer with all available records and reports regarding lead-based paint and/or lead-based paint hazards in
20 or about the Property. (List documents): _____
21

22 **Seller certifies that to the best of Seller's knowledge the above statements are true and accurate.**
23 **SELLER** _Jeffrey L. Round_                                    Jeffrey L. Round DATE 11/3/2024
24 **SELLER** _Deidra Nicole Round_                              Deidra Nicole Round DATE 11/3/2024
25 **SELLER** 822118293E13418...                                    DATE
26 **BUYER** _____
27 **DATE OF AGREEMENT**
28 **BUYER'S ACKNOWLEDGMENT**
29 _____ / _____ Buyer has received the pamphlet *Protect Your Family from Lead in Your Home* and has read the Lead Warning Statement.
30 _____ / _____ Buyer has reviewed Seller's disclosure of known lead-based paint and/or lead-based paint hazards and has received the records
31 and reports regarding lead-based paint and/or lead-based paint hazards identified above.
32 Buyer has (initial one):
33 _____ / _____ received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of
34 lead-based paint and/or lead-based paint hazards; or
35 _____ / _____ waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based
36 paint hazards.

37 **Buyer certifies that to the best of Buyer's knowledge the statements contained in Buyer's acknowledgement are true and accurate.**
38 **BUYER** _____ DATE
39 **BUYER** _____ DATE
40 **BUYER** _____ DATE
41 **AGENT ACKNOWLEDGEMENT AND CERTIFICATION**
42 _____ Agent/Licensee represents that Agent has informed Seller of Seller's obligations under the Residential Lead-Based-Paint
43 Hazard Reduction Act, 42 U.S.C. §4852(d), and is aware of Agent's responsibility to ensure compliance.

44 The following have reviewed the information above and certify that the Agent statements are true to the best of their knowledge and belief.
45 **Seller Agent and Buyer Agent must both sign this form.**

46 **BROKER FOR SELLER (Company Name)** BHHS THE PREFERRED REALTY
47 **LICENSEE** _Donald N. Kolessar, Jr_                          Donald N. Kolessar, Jr. DATE 11/3/2024
48 **BROKER FOR BUYER (Company Name)** _____
49 **LICENSEE** _____ DATE



**Pennsylvania**
**Association of**
**Realtors®**

COPYRIGHT PENNSYLVANIA ASSOCIATION OF REALTORS® 2016
10/16

Docusign Envelope ID: B347D87C-5573-47BA-A497-0CF52B7GBB7B



NO BOUNDARY MARKERS SET.

LEAFDALE WAY  20'

JR -10-20-24
DR - 10-20-24

N 62° 35' W  49.77'

LOT 8          LOT 7          LOT 6

BRENTWOOD VILLA
P.B.V. 32, PGS. 104—105

STONE

100.45'

104.81'

S 29° 46' 10" W

S 35° 07' 30" W

1 1/2 STORY
BRICK
DWELLING
No. 3116

5.3'                      6.7'

15' BUILDING
LINE

18.8'

R = 427.98'
A = 40.00'

WILLETT ROAD  40'

I, SIEVE A. LIADIS, A REGISTERED PROFESSIONAL LAND SURVEYOR OF THE COMMONWEALTH OF
PENNSYLVANIA, HEREBY CERTIFY TO AND SOLELY FOR THE BENEFIT OF, THE PERSON(S) NAMED ON
THIS PLAN, THAT THIS PLAN WAS PREPARED FROM A SURVEY MADE UPON THE PREMISES THE DATE
OF THIS PLAN SHOWING THE LOCATION OF ALL STRUCTURES, EASEMENTS OR SERVITUDES APPARENT
FROM AN INSPECTION OF THE SURFACE OF THE PREMISES AND IS BASED ON THE CURRENT DEED
AND/OR PLAN OF RECORD WITHOUT BENEFIT OF A TITLE SEARCH.  THIS PLAN IS NOT TO BE
REPRODUCED IN ANY MANNER, NOR MAY IT BE RELIED UPON BY ANYONE OTHER THAN THE PERSON(S)
FOR WHOSE BENEFIT IT HAS BEEN PREPARED.  COPIES OF THIS PLAN WITHOUT AN EMBOSSED
IMPRESSION SEAL ARE FOR MERE CONVENIENCE OR REFERRAL.  THIS PLAN MAY NOT BE RECORDED
OR AFFIXED TO A DEED, SURVEY, PLAN OR PLAT MAP UNLESS A SIGNED ACKNOWLEDGMENT
APPEARS ON THIS PLAN STATING IT WAS PREPARED FOR RECORDING PURPOSES.

| PLAN MADE FOR | JOSEPH & AMY ALLKIND | |
|---|---|---|
| SITUATE IN | BRENTWOOD BOROUGH ALLEGHENY COUNTY, PA | |
| LIADIS ENGINEERING & SURVEYING, INC. 3100 BANKSVILLE ROAD — PITTSBURGH, PA  15216 | | |
| SCALE: 1" = 20' | MAY 8, 1996 | DRAWING No. 17916-A |