# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No. 22-20102-CMB** | |
| **Jeffery L. Round** ) | **Chapter 13** | |
| Debtor ) | Doc No. | |
| **Jeffery L. Round** ) | **Motion No. WO-1** | |
| Movant ) | | |
| v. ) | | |
| **United Firestop Technologies Inc** ) | | |
| Respondent ) | | |

## CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **United Firestop Technologies Inc, 206 President Drive, Glenshaw, PA 15116**
b. Jeffrey Round, 3116 Willett Road, Pittsburgh, PA 15227

Executed on: **November 19, 2024**          **/s/Bryan P. Keenan**
                                                                  Bryan P. Keenan, PA ID No. 89053
                                                                  Bryan P. Keenan & Associates P.C.
                                                                  Attorney for Debtor
                                                                  993 Greentree Road, Suite 101
                                                                  Pittsburgh, PA 15220
                                                                  (412) 922-5116
                                                                  keenan662@gmail.com