**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 22-20102-CMB** |
| **Jeffery L. Round** | ) | **Chapter 13** |
|     **Debtor** | ) | **Doc No. ____** |
| **Jeffery L. Round** | ) | |
|     **Movant** | ) | **Response: 11/22/2024** |
| **v.** | ) | **Hearing: 12/17/2024** |
| | ) | **at 1:30 p.m.** |
|     **No Respondent** | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATON TO EMPLOY REAL ESTATE AGENT**

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Application filed on **November 5, 2024** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Notice of Hearing, a motion or answer to the Application were to be filed and served no later than **November 22, 2024.**

It is hereby respectfully requested that the Order to the Application be entered by the court.

**Date: November 23, 2024**　　　　　　　　　　**/s/ Bryan P. Keenan**
　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan, PA ID No. 89053
　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan & Associates P.C.
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　993 Greentree Road, Suite 201
　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15220
　　　　　　　　　　　　　　　　　　　　　　　(412) 922-5116
　　　　　　　　　　　　　　　　　　　　　　　keenan662@gmail.com