# PROCEEDING MEMO

**Date:** 03/12/2025 1:30 PM

**In re:** Jeffery L. Round

**Bankruptcy No.** 22-20102-CMB
**Chapter:** 13
**Doc. # 52**

**Appearances:** Brent Lemon, Esq.
Bryan Keenan, Esq.
Kate DeSimone, Trustee

**Nature of Proceeding:** #52 Continued Motion for Relief From The Automatic Stay

**Additional Pleadings:** #63 Response filed by Debtor

- Hearing Held.

- Motion is Denied Without Prejudice.

- Order Entered.

Carlota Böhm
U.S. Bankruptcy Judge

SIGNED
3/13/25 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA