**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

06/24/2026

IN RE:

JEFFERY L. ROUND
3116 WILLETT ROAD
PITTSBURGH, PA 15227
XXX-XX-8527 Debtor(s)

Case No.22-20102 CMB

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/24/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WH BURKLEY LLP(*)**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number:1 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **SYNCHRONY BANK****<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:2 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 1814 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:3 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: LEGACY MORT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:4 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number:5 INT %: 6.00%<br>Court Claim Number:2<br>CLAIM: 10,224.65<br>COMMENT: 10113@6%/PL | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7369 |
| **HYUNDAI CAPITAL AMERICA (HCA) SVCNG AGN**<br>PO BOX 20809<br><br>FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number:6 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 20,859.18<br>COMMENT: PMT/PL-CLxAPPROX 36 MOS REM+ARRS=CL HYUNDAI MFC/PL*547.79/MO@SCH D | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 7667 |
| **LEGACY MORTGAGE ASSET TRUST ET AL**<br>C/O SELECT PORTFOLIO SERVICING INC(*)<br>ATTN REMITTANCE PROCESSING<br>PO BOX 65450<br>SALT LAKE CITY, UT 84165-0450 | Trustee Claim Number:7 INT %: 0.00%<br>Court Claim Number:5-2<br>CLAIM: 0.00<br>COMMENT: PMT/DECL-OE*SPS/PL*DKT4LMT*BGN 2/22*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 1461 |
| **AMERICAN EXPRESS**<br>PO BOX 981537<br><br>EL PASO, TX 79998 | Trustee Claim Number:8 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1126 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number:9 INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 2,880.53<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1332 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INI**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:10 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 3,027.40<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7462 |

**CLAIM RECORDS**

**QUANTUM3 GROUP LLC - AGENT FOR COMENIT** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 2489 | Court Claim Number:7 | ACCOUNT NO.: 6488
CLAIM: 3,926.37
KIRKLAND, WA 98083-2489 | COMMENT: KAY JEWLER

**DUQUESNE LIGHT COMPANY(*)** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
ATTN. LITIGATION COUNSEL | Court Claim Number:9-2 | ACCOUNT NO.: 7397
411 SEVENTH AVE
MAIL DROP 16-1 | CLAIM: 2,046.28
PITTSBURGH, PA 15219 | COMMENT: AMD

**PA AMERICAN WATER(*) AKA AMERICAN WATER** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 371412 | Court Claim Number: | ACCOUNT NO.: 6468
CLAIM: 0.00
PITTSBURGH, PA 15250 | COMMENT:

**PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:1 | ACCOUNT NO.: 9947
375 NORTH SHORE DR
CLAIM: 892.22
PITTSBURGH, PA 15212 | COMMENT: NT/SCH

**LEGACY MORTGAGE ASSET TRUST ET AL** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: MORTGAGE ARR.
C/O SELECT PORTFOLIO SERVICING INC(*) | Court Claim Number:5-2 | ACCOUNT NO.: 1461
ATTN REMITTANCE PROCESSING
PO BOX 65450 | CLAIM: 771.21
SALT LAKE CITY, UT 84165-0450 | COMMENT: 751.58/PL@SPS*THRU 1/22*AMD

**SERVICE FINANCE COMPANY LLC** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: SECURED CREDITOR
555 S FEDERAL HWY STE 200 | Court Claim Number: | ACCOUNT NO.: 7427
CLAIM: 9,206.00
BOCA RATON, FL 33432 | COMMENT: $/CONF*NT/PL*/AMD D~2-18-22

**PA DEPARTMENT OF LABOR & INDUSTRY (OFFI** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
UI PAYMENT SERVICES (INDV UC OP) | Court Claim Number: | ACCOUNT NO.:
PO BOX 67503
CLAIM: 0.00
HARRISBURG, PA 17106-7503 | COMMENT: /AMD F~2-18-22

**CITIBANK NA**** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
EXCEPTION PAYMENTS | Court Claim Number:8-2 | ACCOUNT NO.: 3252
4674 HOUSTON RD
CLAIM: 749.38
FLORENCE, KY 41042 | COMMENT: NT/SCH*THD*AMD