**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Jeffery L. Round**<br>　　　　　　　**Debtor**<br><br>**Legacy Mortgage Asset Trust 2021-GS3**<br>　　　　　　　**Movant**<br>　　vs.<br><br>**Jeffery L. Round**<br>　　　　　　　**Debtor**<br><br>**Ronda J. Winnecour, Esq.**<br>　　　　　　　**Trustee** | **BK NO. 22-20102 CMB**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 14, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor</u>
Jeffery L. Round
3116 Willett Road
Pittsburgh, PA 15227

<u>Attorney for Debtor</u>
Bryan P. Keenan, Esq.
993 Greentree Road (VIA ECF)
Suite 101
Pittsburgh, PA 15220

<u>Trustee</u>
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  Electronic means or first- class mail.

Dated: <u>December 14, 2022</u>

　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com